4460.0010

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MILDRED COLLINS-WILLIAMS as administrator of the estate of TIJUANA FRAZIER and as guardian and next friend of QUANISHA HOLT, a minor, and PEBBLES MCCLAIN as guardian and next friend of JULIAN FRAZIER and ISAIAH FRAZIER, minors, <br><br> Plaintiffs, <br><br> v. <br><br> CONTOUR EASTWYCK, LLC, <br><br> Defendant. | CIVIL ACTION FILE NO.: _____ <br><br> *Removed from* <br> *DeKalb County State Court* <br> *Civil Action File No.: 20A80926* |

## DEFENDANT CONTOUR EASTWYCK, LLC'S PETITION FOR REMOVAL

COMES NOW Defendant Contour Eastwyck, LLC, (hereinafter referred to as "Defendant") by and through undersigned counsel, and shows this Honorable Court the following:

1.

This civil action was filed in the State Court of DeKalb County, Georgia, said county being part of the Northern District of Georgia. (N.D.G.A. Local Rule

3.1(A), LR App. A, I).  This, the Atlanta Division of this Court, is the proper Division for this removal as further set forth below.

2.

The action is a civil action for personal bodily injuries, wrongful death, lost wages, and medical expenses, and the United States District Court for the Northern District of Georgia has jurisdiction by reason of the diversity of citizenship of the parties.

3.

The amount in controversy exceeds $75,000.00, the statutory minimum amount, exclusive of interest and costs.  This is an alleged wrongful death case, and it is undisputed that Plaintiffs are seeking damages in excess of $75,000.00.  See Williams v. Best Buy Co., 269 F.3d 1316, 1319 (11th Cir. 2001) ("The district court may consider whether it is 'facially apparent' from the complaint that the jurisdictional amount in controversy.") (quoting Sierminski v. Transouth Fin. Corp., 216 F.3d 945, 949 (11th Cir. 2000)).  Additionally, Plaintiffs demanded $5 million from the Defendant.  [See Demand Letter, attached hereto as Exhibit "A"].

4.

(a)    At the time of the commencement of this action in State Court, upon information and belief, Plaintiff Mildred Collins-Williams is a citizen of Georgia.

Page 2 of 9

[Complaint, ¶ 1, at true and accurate copy of the Complaint is included as Exhibit "B"].

(b) At the time of the commencement of this action in State Court, upon information and belief, Plaintiff Pebbles McClain is a citizen of North Carolina. [Exhibit B, ¶ 4].

(c) Defendant, Contour Eastwyck, LLC, at the time the action was commenced and at the present time, was and still is a Delaware Limited Liability Company. Defendant's members and their respective citizenships are as follows:

1. Joseph A. Nathan: **Michigan** citizen
2. Susan Nathan: **Michigan** citizen
3. Eastwyck Village Apartment Investors, LLC: Delaware limited liability company with the following members and their respective citizenships:
    a. B&Y Healthcare S Corp: **Delaware** corporation with a principal place of business in **New York**;
    b. Cody Healthcare S Corp: **Delaware** corporation with a principal place of business in **California**;
    c. Cole Flashner: **California** citizen;
    d. David Granowitz: **California** citizen;
    e. Dylan Flashner: **California** citizen;

 f. Eliezer Mehler; **New Jersey** citizen;

 g. Erik Howard: **Maryland** citizen;

 h. Jacob Weiss: **New York** citizen;

 i. Kimon Kokiousis: **California** citizen;

 j. KSM Investments, LLC: Delaware limited liability company with the following members and their respective citizenships:

  i. Gregg Kaufman: **California** citizen;

 k. LMSD Holdings, LLC: Delaware limited liability company with the following members and their respective citizenships:

  i. Leah Deutsch: **New York** citizen;

 l. Maurice Deutsch: **New York** citizen;

 m. Michael Sugar: **California** citizen;

 n. Rainy Sundae LLC: New Jersey limited liability company with the following members and their respective citizenships:

  i. David Breau: **New Jersey** citizen;

 o. Robert Norcross II Irrevocable Trust: non-incorporated trust with the following trustees and their respective citizenships:

  i. Robert Norcross: **Indiana** citizen;

 p. Steven Fisher: **New Jersey** citizen;

q. Trust of Allan and Jamie Rice: non-incorporated trust with the following trustees and their respective citizenships:

   i. Allen Rice: **California** citizen;

r. Universal Reinsurance, LLC: Kentucky limited liability company with the following members and their respective citizenships:

   i. Cody Healthcare S Corp: **Delaware** corporation with a principal place of business in **California**;

   ii. B&Y Healthcare S Corp: **Delaware** corporation with a principal place of business in **New York**;

s. Yulzari Family Trust: non-incorporated trust with the following trustees and their respective citizenships:

   i. Gerri Yulzari: **California** citizen;

4. RCG Biscayne-Eastwyck Investors LLC: Michigan limited liability company with the following members and their respective citizenships:

   a. SGE I, LLC: Michigan limited liability company with the following members and their respective citizenships:

      i. Lori Goldman: **Michigan** citizen;

   b. Clifford Wade: **Texas** citizen;

   c. David Karp: **Michigan** citizen;

d. Glen Schwartz: **Michigan** citizen;

e. Albert Berger: **Michigan** citizen;

f. David Gach: **Michigan** citizen;

g. Bob Aronson: **Michigan** citizen;

h. Gary Merrifield: **Michigan** citizen;

i. Sean Stephenson: **Michigan** citizen;

j. Ryan Rapaski: **Michigan** citizen;

5. Contour Development Group LLC: Michigan limited liability company with the following members and their respective citizenships:

a. Pete Dedvukaj: **Michigan** citizen;

b. David Dedvukaj: **Michigan** citizen;

c. Nora Prekelezaj: **Michigan** citizen.

5.

A true and correct copy of all process, pleadings, and orders served upon Defendant in this action are attached hereto as Exhibit "C."

6.

This civil action is based on a controversy between citizens of different states, and as outlined above, the amount in controversy exceeds $75,000.00. As

such, this matter has become ripe for removal based on federal diversity jurisdiction.

7.

The instant Petition is being timely filed, pursuant to and in accordance with 28 U.S.C. § 1446(b)(3), within thirty days of the service of Plaintiff's Complaint.

8.

The instant Petition is timely filed, pursuant to and in accordance with 28 U.S.C. § 1446(c)(1), within one year of the commencement of the action.

9.

Accordingly, this action, over which this Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1332, is removable to the United States District Court for the Northern District of Georgia, pursuant to 28 U.S.C. § 1441.

10.

Venue is proper in the Atlanta Division of the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1441, 28 U.S.C. § 1391, and N.D.G.A. Local Rule 3.1(B)(1)(a). Specifically, Plaintiffs' Complaint was filed in the State Court of DeKalb County, which is part of the Atlanta Division. See N.D.G.A. Local Rule 3.1(A), LR App. A, I.

11.

As required by 28 U.S.C. § 1446(d), Defendant shall give written notice hereof to all adverse parties and shall file a copy of this Petition with the Clerk of the State Court of DeKalb County.

WHEREFORE, Defendant requests that this action proceed in this Court as an action properly removed to it.

Respectfully submitted, this the  27th  day of  July , 2020.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road
Suite 1700-Salesforce Tower Atlanta       */s/ Chris J. Perniciaro*
Atlanta, Georgia 30326                    Matthew G. Moffett
Telephone:  (404) 870-7448                Georgia State Bar No.:  515323
Facsimile:   (404) 870-1030               Chris J. Perniciaro
Email:       mmoffett@grsmb.com           Georgia State Bar No.: 618477
             cperniciaro@grsmb.com        *Attorneys for Defendant Contour Eastwyck, LLC*

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1

This is to certify that I have this day served the forgoing with the Clerk of Court and upon all counsel of record using the CM/ECF system which will automatically send email notification of such filing to the following:

**Michael T. Rafi**
**H. Christopher Jackson Jr.**
**Rafi Law Firm LLC**
**1776 West Peachtree Street NW**
**Suite 423-South**
**Atlanta, GA 30309**

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1.  It is prepared in Times New Roman 14 point font.

Respectfully submitted, this the 27th day of  July, 2020.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road
Suite 1700-Salesforce Tower Atlanta         */s/ Chris J. Perniciaro*
Atlanta, Georgia 30326                                   Matthew G. Moffett
Telephone:  (404) 870-7448                          Georgia State Bar No.:  515323
Facsimile:   (404) 870-1030                           Chris J. Perniciaro
Email:        mmoffett@grsmb.com             Georgia State Bar No.: 618477
                   cperniciaro@grsmb.com         *Attorneys for Defendant Contour Eastwyck, LLC*