# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cv-03129-CAP
## Collins-Williams et al v. Contour Eastwyck LLC
## Honorable Charles A. Pannell, Jr.

---

Minute Sheet for proceedings held In Open Court on 02/10/2022.

| | |
|---|---|
| TIME COURT COMMENCED: 10:20 A.M. | COURT REPORTER: Judith Wolff |
| TIME COURT CONCLUDED: 2:25 P.M. | CSO/DUSM: Kenneth Morton |
| TIME IN COURT: 4:05 | DEPUTY CLERK: Stephanie Pittman |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| ATTORNEYS PRESENT: | Alexander Brown representing Mildred Collins-Williams<br>Alexander Brown representing Pebbles McClain<br>Michael Rafi representing Mildred Collins-Williams<br>Michael Rafi representing Pebbles McClain<br>Matthew Moffett representing Contour Eastwyck LLC<br>Christopher Perniciaro representing Contour Eastwyck LLC |
| PROCEEDING CATEGORY: | Motion Hearing (Motion Hearing Non-evidentiary) |
| MOTIONS RULED ON: | [160] Motion for Sanctions - TAKEN UNDER ADVISEMENT<br>[185] Motion for Sanctions - TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | The court continued to hear arguments from counsel re the plaintiffs' pending motions for sanctions [Doc. Nos. 160 and 185]. Counsel was directed to order a certified transcript of this hearing. The motions were taken under advisement. |
| HEARING STATUS: | Hearing concluded. |