UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MILDRED COLLINS-WILLIAMS as administrator of the estate of Tijuana Frazier and guardian and next friend of Quanisha Holt, a minor, and PEBBLES MCCLAIN as guardian and next friend of Julian Frazier and Isaiah Frazier, minors, <br><br>     Plaintiffs, <br><br> v. <br><br> CONTOUR EASTWYCK LLC, <br><br>     Defendant. | CIVIL ACTION NO. <br><br> 1:20-CV-3129-CAP |

# **O R D E R**

At the Forensic Inspection Hearing on August 11, 2021 [Doc. Nos. 161 and 218], the plaintiffs' counsel presented exhibits[1] to the court. These exhibits were not filed on the record.

To perfect the record, the court **DIRECTS** the clerk to file the plaintiffs' counsel's exhibits to this order as the following:

- August 11, 2021 Forensic Inspection Hearing Transcript Exhibit A: Comparison of Excerpts of the 30(b)(6) Deposition of Nora

---

[1] On August 11, 2021, the plaintiffs' counsel emailed the exhibits to the court before the oral argument.

Prekelezaj on April 16, 2021 in this matter to Excerpts of the 30(b)(6) Deposition of Nora Prekelezaj in *Mayes v. Contour Eastwyck, LLC,* File No. 20-C-04895-S2, State Court of Gwinnett County, on July 23, 2021

- August 11, 2021 Forensic Inspection Hearing Transcript Exhibit B: Highlighted Excerpts of the 30(b)(6) Deposition of Nora Prekelezaj in *Mayes v. Contour Eastwyck, LLC,* File No. 20-C-04895-S2, State Court of Gwinnett County, on July 23, 2021

- August 11, 2021 Forensic Inspection Transcript Exhibit C: April 2019 Dian Pauleon Emails

**SO ORDERED** this 15th day of December, 2022.

  /s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge
