**Alex Brown**

| | |
|---|---|
| **From:** | Dian Pauleon <dian@contourcompanies.com> |
| **Sent:** | Tuesday, April 30, 2019 2:39 PM |
| **To:** | Latasha Dia |
| **Subject:** | Eastwyck Village |

Please advise.....

DIAN PAULEON
Eastwyck Property Manager
direct: 404.241.9151



www.contourcompanies.com

40950 Woodward Ave, Suite 300
Bloomfield Hills, MI 48304

---

**From:** Jennifer Bentley <jennifer.eastwyck@gmail.com>
**Sent:** Tuesday, April 30, 2019 2:37:13 PM
**To:** Dian Pauleon
**Subject:** Update

Resident Belinda Williams in Unit 244, came in to talk about her lease renewal increase, she mentioned that she could not afford the increase, and brought in her award letter stating that she's on fixed income and due to being a cancer patient she's not able to work.

While still here in the office, she also mentioned that her neighbor 243 (who wants to remain anonymous) saw the curtesy officer Keith Thurman 52-395 having sexual relations with a minor girl in his car at the garden entrance area on site last night. She also says that she has called him in reference to gun shot outside of her unit on several different occasions and he states that she should call the police, and does not come to follow up nor does a report with her.

--
*Jennifer Bentley*
**Resident Coordinator
2892 Eastwyck Circle
Decatur, GA 30032
404-241-9151 ext. 203
404-241-8454 FAX**

5/17/2019                                                              Gmail - FW: Entry Into Unit

    Gmail                                          Britknie Bush <britknie.eastwyck@gmail.com>

**FW: Entry Into Unit**
1 message

Dian Pauleon <dian@contourcompanies.com>                               Fri, May 17, 2019 at 12:14 PM
To: Britknie Bush <britknie.eastwyck@gmail.com>

**DIAN PAULEON**
Eastwyck Property Manager
direct: 404.241.9151



www.contourcompanies.com

40950 Woodward Ave, Suite 300
Bloomfield Hills, MI 48304

---

**From:** Dian Pauleon
**Sent:** Friday, March 29, 2019 11:01:35 AM
**To:** Tiffany Burston
**Subject:** RE: Entry Into Unit

Happy Friday Ms. Tiffany,

We were not able to get on the schedule to replace the window in your living room this week. The window is scheduled to be replaced on Monday.

Please let me know if there is anything else that we can do to assist you.

Have a blessed day.

https://mail.google.com/mail/u/0?ik=239279ae7d&view=pt&search=all&permthid=thread-f%3A1633796391064291289&simpl=msg-f%3A1633796391...   1/10

Contour Eastwyck 000636