| Date | Attorney | Task Description | Hours |
|---|---|---|---|
| 10/9/2020 | MTR | Draft and send second RPDs to Def because of Def's improper initial responses | 0.5 |
| 10/28/2020 | MTR | Send and receive email with Perniciaro re: former Contour employees | 0.1 |
| 10/29/2020 | MTR | Send and receive email with Perniciaro re: Contour employee files | 0.1 |
| 11/7/2020 | MTR | Prepare for Wendal Johnson deposition / call with Johnson: deposition taken since Contour claims Johnson did not work at Contour but Johnson claimed he did, which he did | 5 |
| 11/10/2020 | MTR | Send email with Perniciaro re: Wendal Johnson working on Contour | 0.1 |
| 11/11/2020 | MTR | Send email to Perniciaro re: documents Wendal Johnson provided to me | 0.4 |
| 11/11/2020 | MTR | Wendal Johnson depo (10:15am-2:20pm) | 4.1 |
| 11/12/2020 | MTR | Send email to Perniciaro re: Wendal Johnson | 0.2 |
| 12/10/2020 | MTR | Send email to Perniciaro re: new products produced | 0.1 |
| 12/14/2020 | MTR | Review new production by Contour | 0.5 |
| 12/14/2020 | MTR | Research Contour employee and resident Elease Gearard | 0.8 |
| 1/11/2021 | MTR | Send email to Perniciaro re: Contour identifying all employees | 0.1 |
| 1/18/2021 | MTR | Analyze Contour MSJ and research re: same | 1.5 |
| 1/19/2021 | MTR | Analyze Contour MSJ and research facts and case law re: same | 3.5 |
| 1/20/2021 | HCJ | Analyze and research Contour MSJ and facts supporting / disproving arguments; conf with MTR | 6 |
| 1/20/2021 | MTR | Analyze Contour MSJ and research facts and case law re: same; conf with HCJ | 2 |
| 1/21/2021 | MTR | Send and receive email to Perniciaro re: Contour payroll records and false discovery responses | 1 |
| 1/25/2021 | AJB | TLO search on Antoinette Narcisse and review results; try to contact her through phone numbers provided | 1 |
| 1/26/2021 | MTR | Send and receive email to Perniciaro re: Contour's MSJ | 0.3 |
| 2/7/2021 | MTR | Research re: right to depose Dedvukaj | 0.6 |
| 2/8/2021 | MTR | Send and receive email to Perniciaro re: Contour's claim that Dedvukaj cannot be deposed | 0.2 |
| 2/11/2021 | MTR | Send and receive email to Perniciaro re: Pete Dedvukaj deposition and discovery issues | 0.1 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 2/12/2021 | MTR | Call with Perniciaro re: Pete Dedvukaj deposition and discovery issues; come to agreement | 0.3 |
| 2/12/2021 | MTR | Send email to Perniciaro re: his representation of former employee Keith Thurman | 0.2 |
| 2/15/2021 | MTR | Receive documents from Contour re: employees; review documents; email to Perniciaro about him not following agreement from days earlier | 1.2 |
| 2/16/2021 | MTR | Send and receive email with Perniciaro and Moffett re: Contour employees and files; research to support email | 1.5 |
| 2/17/2021 | AJB | TLO Ashelynn Burt-Jones and review results; contact her; speak with her over phone; search her social media and find posts showing she worked at Eastwyck | 1.5 |
| 2/17/2021 | AJB | Witness work plan conference with MTR; review evidence; list witnesses; analyze what information we know about each witness; what we need; how to contact; best methods | 6 |
| 2/17/2021 | MTR | Send and receive email with Perniciaro re: Contour employees and files | 1.5 |
| 2/17/2021 | MTR | Witness work plan conference with AJB and paralegal (part of time); review evidence; list witnesses; analyze what information we know about each witness; what we need; how to contact; best methods | 6 |
| 2/18/2021 | MTR | Send and receive email with Perniciaro re: Contour employees | 0.1 |
| 2/19/2021 | MTR | Send email to Perniciaro to follow up on outstanding discovery issues | 0.1 |
| 2/21/2021 | AJB | Prepare for call with former employee Antoinette Narcisse call; conference with MTR re call | 1.5 |
| 2/23/2021 | MTR | Send and receive email with Perniciaro re: Contour employees and files (discounted for other issues) | 0.5 |
| 2/24/2021 | AJB | Prepare for call with former employee Ashelynn Burt-Jones call; conference with MTR re call | 1.5 |
| 2/24/2021 | MTR | Email to Moffett re: phone call re: discovery issues and call (later date) | 0.5 |
| 2/26/2021 | AJB | Call with Jori Jones re: her working at Eastwyck | 0.8 |
| 2/26/2021 | MTR | Conference with AJB re: Burt-Reynolds call; Narcisse Call; and Jori Jones calls | 1.2 |
| 2/26/2021 | MTR | Send email to Perniciaro to follow up on outstanding discovery issues | 0.1 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 2/26/2021 | MTR | Edit draft Reply brief prepared by AJB; review case law in support; conference with AJB about facts and plan to finalize brief | 3 |
| 3/9/2021 | AJB | Discovery meet and confer with Perniciaro | 1 |
| 3/9/2021 | AJB | Email to Perniciaro re: discovery meet and confer | 0.2 |
| 3/11/2021 | AJB | Send and receive email to Perniciaro re: discovery, depositions of Dia and Pete | 0.3 |
| 3/12/2021 | AJB | Send and receive email to Perniciaro re: discovery motion and notice of compliance | 0.2 |
| 3/14/2021 | AJB | Email to Perniciaro re: notice of compliance | 0.1 |
| 3/16/2021 | AJB | Send and receive email to Perniciaro re: notice of compliance | 0.4 |
| 4/13/2021 | AJB | Preparation for 30b6 Deposition | 4 |
| 4/14/2021 | AJB | Preparation for 30b6 Deposition | 4 |
| 4/14/2021 | AJB | Prepare for call with former employee Cameron Walker; call; conference with MTR re call | 1.5 |
| 4/14/2021 | MTR | Conference with AJB re: Pauleon call | 0.5 |
| 4/15/2021 | AJB | Preparation for 30b6 Deposition; conference and practice with MTR | 5 |
| 4/15/2021 | MTR | Review 30b6 deposition plan; conference and practice depo with AJB | 4 |
| 4/16/2021 | AJB | 30b6 Deposition - Nora Prekelezaj (11:10 am - 4:33 pm) | 5.4 |
| 4/19/2021 | AJB | Preparation for Latasha Dia depo | 4 |
| 4/19/2021 | AJB | Research for Motion to Compel Dedvukaj | 3 |
| 4/20/2021 | AJB | Preparation for Latasha Dia | 4 |
| 4/21/2021 | AJB | Preparation for Latasha Dia | 4 |
| 4/21/2021 | AJB | Motion to Compel Pete Dedvukaj Deposition | 5 |
| 4/21/2021 | MTR | Review Dia deposition plan; conference and practice depo with AJB | 3 |
| 4/22/2021 | AJB | Latasha Dia Deposition (10:04 am - 3:47 pm) | 5.8 |
| 4/23/2021 | AJB | Conference with MTR re: 30b6 and Dia depositions; plan for next steps | 1.3 |
| 4/23/2021 | MTR | Conference with AJB re: 30b6 and Dia depositions; plan for next steps | 1.3 |
| 4/26/2021 | AJB | Send and receive email to Perniciaro re: email search | 1 |
| 4/27/2021 | AJB | Send email to Perniciaro re: email search | 0.1 |
| 4/28/2021 | AJB | Send and receive email to Perniciaro re: email search | 0.2 |
| 4/29/2021 | AJB | Send email to Perniciaro re: email search and Pete depo | 0.1 |
| 4/30/2021 | AJB | Send and receive email to Perniciaro re: email search and Pete depo | 0.2 |
| 5/3/2021 | AJB | Send and receive email to Perniciaro re: email search and Pete depo | 0.2 |

| | | | |
|---|---|---|---|
| 5/4/2021 | AJB | Send and receive email to Perniciaro re: email search, Pete depo, Thurman depo | 0.6 |
| 5/5/2021 | AJB | Send and receive email to Perniciaro re: email search and Pete depo | 0.2 |
| 5/6/2021 | AJB | Send and receive email to Perniciaro re: email search | 0.2 |
| 5/6/2021 | AJB | Send and receive email to Perniciaro re: RPD 68-70 | 0.4 |
| 5/7/2021 | AJB | Send email to Perniciaro re: email search | 0.2 |
| 5/11/2021 | AJB | Send and receive email to Perniciaro re: email search | 0.4 |
| 5/14/2021 | AJB | Send and receive email to Perniciaro re: email search | 0.3 |
| 5/17/2021 | AJB | Send and receive email to Perniciaro re: email search | 0.3 |
| 5/20/2021 | AJB | Send email to Perniciaro re: email search | 0.2 |
| 5/20/2021 | AJB | Prepare for call with Dian Pauleon; call with Pauleon; conference with MTR re call | 1.5 |
| 5/20/2021 | MTR | Conference with AJB re: Pauleon call | 0.5 |
| 5/21/2021 | AJB | Send email to Perniciaro re: email search and discovery extension | 0.1 |
| 5/21/2021 | AJB | Research for, draft, and edit Motion to Compel ESI | 12 |
| 5/21/2021 | MTR | Review research, draft, and edit Motion to Compel ESI | 2 |
| 5/24/2021 | AJB | Send and receive email to Perniciaro re: email search and MTC extension | 0.2 |
| 5/25/2021 | AJB | Send and receive email to Perniciaro re: email search | 0.2 |
| 5/25/2021 | AJB | Telephone conference with Perniciaro re: email search | 0.4 |
| 5/25/2021 | AJB | Send email to Perniciaro memorializing Telephone conference | 0.2 |
| 5/26/2021 | AJB | Send and receive email to Perniciaro re: email search | 0.3 |
| 5/26/2021 | AJB | Email to Perniciaro re: privilege log | 0.1 |
| 5/26/2021 | MTR | Send email to Perniciaro about wanting more employee documents from Contour | 0.2 |
| 5/27/2021 | AJB | Send and receive emails to Perniciaro re: email search | 1.4 |
| 5/27/2021 | AJB | Review Emails produced by Defendant | 0.5 |
| 5/27/2021 | AJB | Draft 3rd RFA to Defendant | 3 |
| 5/27/2021 | MTR | Send and receive email to Perniciaro re: Contour email accounts | 0.5 |
| 5/27/2021 | MTR | Review 3rd RFAs to Contour | 0.6 |
| 5/28/2021 | AJB | Send and receive email to Perniciaro re: 7th RPD Response and Email search | 0.3 |
| 5/28/2021 | MTR | Send and receive email to Perniciaro re: searching Dedvukaj's email | 0.2 |
| 5/30/2021 | AJB | Send and receive email to Perniciaro re: good faith letter 7th RPD | 0.3 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 5/31/2021 | AJB | Preparation for deposition of Antoinette Narcisse, confirm deposition with Narcisse; meeting with MTR regarding final plan | 4 |
| 5/31/2021 | MTR | Conference with AJB re: Narcisse depo strategy and practice | 1 |
| 6/1/2021 | AJB | Meet and Confer with Perniciaro re: discovery | 0.5 |
| 6/1/2021 | AJB | Send email to Perniciaro memorializing Telephone conference | 0.2 |
| 6/1/2021 | AJB | Deposition of Antoinette Narcisse (8:59 am - 10:51 am) | 2 |
| 6/1/2021 | AJB | Conference with MTR re: discovery issues and meet and confer with Perniciaro | 0.2 |
| 6/1/2021 | MTR | Conf: with AJB re: discovery issues and his meet and confer with Perniciaro | 0.2 |
| 6/7/2021 | AJB | Review Defendant Response to MTC ESI | 3 |
| 6/7/2021 | MTR | Review Defendant Response to MTC ESI | 2.2 |
| 6/8/2021 | AJB | Preparation for Pete Dedvukaj Deposition | 4.5 |
| 6/9/2021 | AJB | Preparation for Pete Dedvukaj Deposition; meeting with MTR re: deposition strategy; documents to use; and final plan | 5 |
| 6/9/2021 | MTR | Meeting with AJB re Dedvukaj deposition plan and strategy | 1.5 |
| 6/10/2021 | AJB | Pete Dedvukaj Deposition (10:00 am - 2:22 pm) | 4.5 |
| 6/11/2021 | AJB | Conference with MTR re: Dedvukaj depo and future plan | 1 |
| 6/11/2021 | MTR | Conference with AJB re: Dedvukaj depo and future plan | 1 |
| 6/16/2021 | AJB | Reply to Def Response to MTC ESI | 10 |
| 6/16/2021 | MTR | Review, edit, finalize Reply to Contour's Response to MTC ESI | 2 |
| 6/25/2021 | AJB | Send email to Perniciaro re: search terms pursuant to Order | 0.1 |
| 6/25/2021 | AJB | Review Order on MTC ESI | 0.5 |
| 6/25/2021 | MTR | Review Order on MTC ESI | 0.5 |
| 6/26/2021 | AJB | Draft proposed search terms; meeting with MTR re: terms | 3 |
| 6/26/2021 | MTR | Conf w AJB re: email search terms | 0.5 |
| 6/27/2021 | AJB | Review Defendant Response to 3rd RFA | 1 |
| 6/27/2021 | MTR | Review Defendant Response to 3rd RFA | 0.8 |
| 6/28/2021 | AJB | Send email to Perniciaro re: 3rd RFA Responses | 0.1 |
| 6/28/2021 | MTR | Send email to Perniciaro re: Contour emails | 0.1 |
| 6/29/2021 | AJB | Send and receive email to Perniciaro re: Gabriel Eskridge and Jennifer Bentley | 0.3 |
| 6/29/2021 | AJB | Research Municipal Court Contour Cases | 3 |
| 6/30/2021 | AJB | Research Municipal Court Contour Cases | 3 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 7/1/2021 | AJB | Research for other transcripts of Hodge | 4 |
| 7/1/2021 | AJB | Prepare for call with Gabriel Eskridge; call; conference with MTR re call | 1.5 |
| 7/1/2021 | MTR | Conference with AJB re: Eskridge call | 0.5 |
| 7/5/2021 | AJB | Preparation for deposition of Michael Hodge | 6 |
| 7/6/2021 | AJB | Review emails produced by Defendant | 0.3 |
| 7/6/2021 | AJB | Send and receive email to Perniciaro re: newly produced emails | 0.2 |
| 7/6/2021 | AJB | Preparation for deposition of Michael Hodge | 6 |
| 7/7/2021 | AJB | Send email to Perniciaro re: email search | 0.1 |
| 7/7/2021 | AJB | Research for, draft, and edit Motion to Compel Forensic Inspection | 20 |
| 7/7/2021 | AJB | Preparation for deposition of Michael Hodge; conference with MTR regarding plan and practice questions | 6 |
| 7/7/2021 | MTR | Review research, draft, and edit Motion to Compel Forensic Inspection | 2.5 |
| 7/7/2021 | MTR | Working meeting with AJB re: Hodge depo plan, documents to use, areas of focus | 3 |
| 7/8/2021 | AJB | Send and receive email to Perniciaro re: email search | 0.6 |
| 7/8/2021 | AJB | Deposition of Michael Hodge (10:02 am - 4:02 pm) | 6 |
| 7/8/2021 | MTR | Send and receive emails to Perniciaro re: Contour emails/lack thereof | 2 |
| 7/9/2021 | AJB | Meeting with MTR to recap Hodge depo; compare our plan to what actually happened in depo; discuss next steps in case | 1.5 |
| 7/9/2021 | MTR | Meeting with AJB re: Hodge depo and plan forward | 1.5 |
| 7/9/2021 | MTR | Send and receive email to Perniciaro re: Contour email search instructions | 0.1 |
| 7/13/2021 | AJB | Send and receive email to Perniciaro re: email search | 0.2 |
| 7/13/2021 | AJB | Review emails produced by Defendant | 0.3 |
| 7/13/2021 | AJB | Review Order on MTC Forensic Examination | 0.2 |
| 7/13/2021 | AJB | Review Def. Certification in Response to Order | 0.5 |
| 7/13/2021 | MTR | Send and receive email to Perniciaro about missing documents re: security guards | 0.1 |
| 7/13/2021 | MTR | Review Order on MTC Forensic Examination | 0.2 |
| 7/13/2021 | MTR | Review Def. Certification in Response to Order | 0.5 |
| 7/14/2021 | AJB | Send email to Perniciaro re: extension of time for email search | 0.1 |
| 7/14/2021 | AJB | Review report of rebuttal expert Karim Vellani | 3 |
| 7/14/2021 | MTR | Send and receive email to Perniciaro about missing documents re: Contour's privilege designations | 0.7 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 7/15/2021 | AJB | Send and receive email to Perniciaro re: forensic examiner | 0.2 |
| 7/16/2021 | AJB | Send email to Perniciaro re: forensic examiner | 0.1 |
| 7/16/2021 | AJB | Review Defendant Response to MTC Forensic Inspection | 3 |
| 7/16/2021 | MTR | Review Defendant Response to MTC Forensic Inspection | 2.5 |
| 7/17/2021 | AJB | Research for Reply to Defs Response to MTC Forensic Inspection, begin drafting Reply | 6 |
| 7/18/2021 | AJB | Draft Reply to Def Response to MTC Forensic Inspection | 8 |
| 7/19/2021 | AJB | draft and edit Reply to Def Response to MTC Forensic Inspection | 6 |
| 7/19/2021 | MTR | Review research, draft, and edit Reply to Def Response to MTC Forensic Inspection; mtg with AJB re: same | 2.8 |
| 7/20/2021 | AJB | Review Def Motion to Strike Plaintiffs Reply to MTC | 0.5 |
| 7/20/2021 | MTR | Review Def Motion to Strike Plaintiffs Reply to MTC | 0.5 |
| 7/21/2021 | MTR | Send and receive email to Perniciaro re: Contour missing emails | 0.6 |
| 7/23/2021 | AJB | Review Order Setting Hearing | 0.2 |
| 7/23/2021 | AJB | Research for other transcripts of Vellani | 4 |
| 7/23/2021 | MTR | Send and receive email to Perniciaro re: Contour missing emails | 0.8 |
| 7/23/2021 | MTR | Review Order Setting Hearing | 0.2 |
| 7/24/2021 | MTR | Send and receive email to Perniciaro re: Contour missing emails | 0.1 |
| 7/27/2021 | MTR | Send and receive email to Perniciaro re: protocol for email search | 0.6 |
| 7/27/2021 | MTR | Send and receive email to Perniciaro re: protocol for email search | 0.2 |
| 7/29/2021 | MTR | Send and receive email to Perniciaro re: protocol for email search | 0.1 |
| 7/30/2021 | MTR | Send and receive email to Perniciaro re: protocol for email search | 1 |
| 8/2/2021 | AJB | Send email to Perniciaro re: search protocol | 0.1 |
| 8/2/2021 | AJB | Preparation for deposition of Karim Vellani | 4 |
| 8/2/2021 | MTR | Send and receive email to Perniciaro re: protocol for email search | 0.1 |
| 8/3/2021 | AJB | Preparation for deposition of Karim Vellani | 4 |
| 8/3/2021 | AJB | Research potential Forensic Neutrals | 3 |
| 8/3/2021 | MTR | Send and receive email to Perniciaro re: protocol for email search | 0.4 |
| 8/4/2021 | AJB | Send and receive emails to Perniciaro re: forensic examiners and search protocol | 0.6 |
| 8/4/2021 | AJB | Corresponding and editing Joint Notice of Compliance | 3 |
| 8/4/2021 | AJB | Preparation for deposition of Karim Vellani; meeting with MTR regarding final plan and practice | 6 |
| 8/4/2021 | MTR | Send and receive email to Perniciaro re: protocol for email search | 0.5 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 8/4/2021 | MTR | Editing Joint Notice of Compliance | 0.6 |
| 8/4/2021 | MTR | Vellani deposition meeting with AJB and walk-through plan for same | 2 |
| 8/5/2021 | AJB | Review documents produced in *Mayes* re: new employees, compare to employees in our case | 4 |
| 8/5/2021 | AJB | Review Vellani updated report disclosed at 10 am morning of deposition | 3 |
| 8/5/2021 | AJB | Meeting with MTR racapping Vellani depo | 0.5 |
| 8/5/2021 | AJB | Deposition of Karim Vellani (1:00 pm - 4:00 pm) | 3 |
| 8/5/2021 | MTR | Send and receive email to Perniciaro re: reservation of rights letter not disclosed in discovery | 0.1 |
| 8/5/2021 | MTR | Meeting with AJB racapping Vellani depo | 0.5 |
| 8/6/2021 | AJB | Review documents produced in *Mayes* re: new employees, attempt to contact witnesses | 5 |
| 8/6/2021 | AJB | Research for Plaintiff's 1st Motion for Sanctions, compare document production and employees disclosed | 5 |
| 8/6/2021 | MTR | Send email to Perniciaro re ROR letter | 0.1 |
| 8/6/2021 | MTR | Research on newly disclosed former employees, attempt to contact various former employees, obtain statement from witness Lyons | 6 |
| 8/7/2021 | AJB | Research and drafting Plaintiff's 1st Motion for Sanctions | 8 |
| 8/8/2021 | AJB | Draft Plaintiffs 1st Motion for Sanctions | 8 |
| 8/9/2021 | AJB | Draft and edit Plaintiffs 1st Motion for Sanctions (Doc. No. 160) | 8 |
| 8/9/2021 | MTR | Send email to Perniciaro re ROR letter | 0.1 |
| 8/9/2021 | MTR | Review research for, draft, and edit Plaintiffs' 1st Motion for Sanctions (over multiple days) | 10 |
| 8/10/2021 | AJB | Prepare for hearing on MTC Forensic Exam; review pleadings; practice argument with MTR | 4 |
| 8/10/2021 | MTR | Prepare for hearing on MTC Forensic Exam; consider visuals; practice argument with AJB | 8 |
| 8/11/2021 | AJB | Review 30b6 from Mayes, compare to our transcript for upcoming hearing and create chart, organize binder for hearing | 2.5 |
| 8/11/2021 | AJB | Travel to and attend MTC forensic exam | 2.5 |
| 8/11/2021 | MTR | Send and receive email re: Mayes case | 0.2 |
| 8/11/2021 | MTR | Travel to and argue MTC Forensic Exam | 2.5 |
| 8/12/2021 | MTR | Analyze AJB chart re: 30b6 depos in Mayes compared to ours | 1 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 8/12/2021 | MTR | Send email to Perniciaro re ROR letter | 0.1 |
| 8/13/2021 | AJB | Review Order on MTC Forensic Examination | 0.5 |
| 8/13/2021 | MTR | Review Order on MTC Forensic Examination | 0.5 |
| 8/20/2021 | AJB | Research for and Draft Subpoenas to Cygnus Systems, Contour OTV, Contour 5151 ONH re: Keith Thurman and ESI | 4 |
| 8/20/2021 | AJB | Review Defendant's 2nd Supp Responses to 1st ROGs; conf with MTR re: same | 1 |
| 8/20/2021 | AJB | Email to Perniciaro re: 2nd Supp Responses | 0.1 |
| 8/20/2021 | MTR | Review Defendant's 2nd Supp Responses to 1st ROGs; conf with AJB re: same | 0.8 |
| 8/24/2021 | AJB | Review Defendant's Response to 1st Motion for Sanctions (Doc. No. 167) | 3 |
| 8/24/2021 | MTR | Review Defendant's Response to 1st Motion for Sanctions (Doc. No. 167) | 3 |
| 8/25/2021 | AJB | Research for Reply to Defs Response to 1st MFS | 4 |
| 8/26/2021 | AJB | Draft Reply to Defs Response to 1st MFS | 8 |
| 8/26/2021 | AJB | Draft 8th RPD to Defendant | 0.5 |
| 8/26/2021 | MTR | Review and edit 8th RPD to Defendant | 0.1 |
| 8/27/2021 | AJB | Email to Perniciaro re: 2nd Supp Responses | 0.1 |
| 8/27/2021 | AJB | Draft and finalize reply to Defs Response to 1st MFS (Doc. No. 169) | 6 |
| 8/31/2021 | AJB | Send and receive email to Perniciaro re: 2nd Supp Responses | 0.4 |
| 8/31/2021 | MTR | Send and receive email to Perniciaro re former Contour employees | 0.5 |
| 9/2/2021 | MTR | Send and receive email to Perniciaro about Perniciaro wanting "clarification" of Judge's Order | 0.3 |
| 9/7/2021 | AJB | Receive and review Keith Thurman payroll records | 0.4 |
| 9/8/2021 | AJB | Conference with MTR re: Contour email search and questions to ask Perniciaro | 0.6 |
| 9/8/2021 | MTR | Send email to Periciaro re: Contour email search | 0.2 |
| 9/8/2021 | MTR | Conference with AJB re: Contour email search and questions to ask Perniciaro | 0.6 |
| 9/10/2021 | MTR | Send follow up email to Perniciaro re questions on ESI search | 0.1 |
| 9/13/2021 | MTR | Send and receive email to Perniciaro regarding ESI search and Perniciaro's private communication with Draper | 0.2 |
| 9/15/2021 | MTR | Send email to Perniciaro re questions on ESI search and privilege log | 0.1 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 9/16/2021 | MTR | Send follow up email to Perniciaro re questions on ESI search and privilege log | 0.1 |
| 9/17/2021 | MTR | Send follow up email to Perniciaro re privilege log for ESI documents | 0.1 |
| 9/20/2021 | AJB | Send and receive email to Perniciaro and Draper re: ESI Search | 0.2 |
| 9/21/2021 | AJB | Review deposition exhibits re: company policies produced in Mayes | 2 |
| 9/22/2021 | AJB | Send and receive email to Perniciaro and Draper re: ESI Search | 0.2 |
| 9/24/2021 | AJB | Send and receive email to Perniciaro re: responses to 8th RPD | 0.3 |
| 9/24/2021 | AJB | Review Def Response to 8th RPD | 0.5 |
| 9/24/2021 | MTR | Receive email from Perniciaro re ESI documents | 0.1 |
| 9/27/2021 | AJB | Send and receive email to Perniciaro re: search terms | 0.2 |
| 9/27/2021 | MTR | Receive ESI results data from Perniciaro; conference with ABJ re: narrowing ESI search terms; formulate new terms; provide to Perniciaro | 4 |
| 9/28/2021 | AJB | Receive ESI results data from Perniciaro; conference with MTR re: narrowing ESI search terms; formulate new terms; provide to Perniciaro | 4.5 |
| 9/28/2021 | AJB | Send and receive email to Perniciaro re: search terms | 1 |
| 9/29/2021 | AJB | Send and receive email to Perniciaro re: search terms and w2s | 0.4 |
| 10/1/2021 | AJB | Telephone conference with Perniciaro and Draper | 1 |
| 10/1/2021 | AJB | Review Documents produced re: 8th RPD | 2 |
| 10/1/2021 | AJB | Send and receive email to Perniciaro re: w2s | 0.3 |
| 10/1/2021 | MTR | Receive documents from Perniciaro responsive to ESI search, emails to Perniciaro regarding rest of documents and Contour's accountant's info to get Contour employee info | 2.5 |
| 10/5/2021 | AJB | Send and receive email to Perniciaro re: w2s | 0.3 |
| 10/5/2021 | AJB | Send email to Perniciaro re: revising search terms | 0.4 |
| 10/6/2021 | MTR | Send and receive emails to Perniciaro re: Contour account, W2s, and employee info | 0.4 |
| 10/7/2021 | AJB | Send email to Perniciaro re: w2s | 0.1 |
| 10/7/2021 | AJB | Review deposition transcripts from *Mayes* of David Dedvukaj and Marshal Rhodes | 4 |
| 10/7/2021 | AJB | Send and receive emails to Perniciaro re: search terms | 0.2 |
| 10/7/2021 | MTR | Send and receive emails to Perniciaro re: Contour account, W2s, and employee info | 0.2 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/11/2021 | AJB | Send email to Perniciaro re: w2s | 0.1 |
| 10/11/2021 | AJB | Review deposition transcript of Dia from *Mayes*, compare to our transcript | 5 |
| 10/11/2021 | AJB | Send email to Perniciaro re: search terms | 0.1 |
| 10/11/2021 | MTR | Send and receive emails re ESI search and Draper claiming 10,000 documents is "unreasonable" | 0.5 |
| 10/14/2021 | AJB | send and receive email to Perniciaro re: search terms | 0.2 |
| 10/14/2021 | AJB | Review Def 2nd RFA to Plaintiffs | 1 |
| 10/14/2021 | MTR | Send and receive emails re ESI search results, status, and issues | 0.6 |
| 10/16/2021 | AJB | Review Body Camera Footage, locate blue Firebird, attempt to locate owner of Firebird | 10 |
| 10/17/2021 | AJB | Research on potential undisclosed witness - Charles Cooper | 4 |
| 10/19/2021 | AJB | Draft 9th RPD to Def | 1 |
| 10/22/2021 | AJB | Receive ESI search data from Perniciaro, review, analyze, and decide how to proceed; conference with AJB | 1.3 |
| 10/22/2021 | MTR | Receive ESI search data from Perniciaro, review, analyze, and decide how to proceed; conference with AJB | 1.4 |
| 10/26/2021 | MTR | Send and receive emails re ESI search results, status, and potential confidentiality order | 0.4 |
| 10/28/2021 | AJB | Receive emails from Perniciaro and Draper; review ESI Order; Conference with MTR re: "responsiveness" | 1.1 |
| 10/28/2021 | MTR | Send and receive emails to Perniciaro and Draper re: ESI search and Perniciaro's definition of "responsive" emails; review ESI Order; Conference with AJB re: "responsiveness" | 2.2 |
| 11/3/2021 | MTR | Send and receive emails from Perniciaro re: 7,000 emails Contour was withholding | 0.1 |
| 11/5/2021 | MTR | Send and receive emails from Perniciaro re: "responsive" versus "non-responsive" emails and confidentiality order | 0.1 |
| 11/8/2021 | AJB | Send email to Perniciaro re: email production | 0.1 |
| 11/8/2021 | AJB | Plaintiff's Status Update to Court (Doc. No. 177) | 4 |
| 11/8/2021 | MTR | Send and receive emails from Perniciaro re: "responsive" versus "non-responsive" emails and confidentiality order | 0.2 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/10/2021 | AJB | Receive draft confidentiality order from Perniciaro; research issues re: same; conference with MTR regarding language and research on confientiality | 1 |
| 11/10/2021 | AJB | Send email to Perniciaro re: 1st set of Email production | 0.1 |
| 11/10/2021 | AJB | Review Def's Response to Status Update (Doc No. 179) | 0.5 |
| 11/10/2021 | MTR | Receive draft confidentiality order from Perniciaro, edit and review, return to Perniciaro; conference with AJB regarding language and research on confientiality | 1.2 |
| 11/11/2021 | MTR | Three follow up emails to Perniciaro on outstanding issues | 0.1 |
| 11/12/2021 | MTR | Research re: applicability of confidentiality order if Contour did not take reasonable steps to guard its information; email with Perniciaro re: Contour's steps to safeguard its information; conference with AJB about Moffett | 1.5 |
| 11/15/2021 | AJB | Send email to Perniciaro re: protective order | 0.1 |
| 11/15/2021 | AJB | Plaintiff's Responses to Def 2nd RFA | 4 |
| 11/15/2021 | MTR | Send and receive email to Perniciairo re: protective order and ESI search terms | 0.2 |
| 11/16/2021 | AJB | send and receive emails to Perniciaro re: email production and confidentiality | 0.4 |
| 11/16/2021 | MTR | Send and receive email to Draper re: ESI search results data and interpretation; Draper fee schedule | 0.5 |
| 11/17/2021 | MTR | Send and receive email to Perniciaro and Draper re: search terms, data, and interpretation | 0.2 |
| 11/18/2021 | AJB | send and receive emails to Perniciaro re: draper rate sheet | 0.3 |
| 11/18/2021 | MTR | Send and receive email to Perniciaro re: ESI data, protective order, and Draper interview | 0.3 |
| 11/19/2021 | AJB | telephone conference with Perniciaro re: discovery | 0.3 |
| 11/19/2021 | AJB | Send email to Perniciario re: telephone conference | 0.1 |
| 11/19/2021 | MTR | Receive Draper fee schedule from Perniciaro, review, and response to Perniciaro | 0.2 |
| 11/20/2021 | MTR | Review documents re: Charles Cooper; conference with AJB re: Cooper and what to do | 0.6 |
| 11/22/2021 | AJB | send email to Perniciaro re: 9th RPD responses | 0.1 |
| 11/23/2021 | AJB | send and receive emails to Perniciaro re: Charles Cooper | 0.4 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/23/2021 | AJB | Review documents referenced by Perniciaro re: Charles Cooper | 0.5 |
| 11/23/2021 | MTR | Send and receive email to Perniciaro re: Charles Cooper; review documents Perniciaro directed us to re: Cooper | 0.8 |
| 11/24/2021 | AJB | Send email to Perniciaro re: Charles Cooper | 0.1 |
| 11/26/2021 | MTR | Send and receive email to Perniciaro re: Charles Cooper | 0.1 |
| 11/29/2021 | AJB | Send and receive emails to Perniciaro re: Charles Cooper and protective order | 0.3 |
| 11/30/2021 | AJB | Research waiver of privilege re: undisclosed witness | 2 |
| 11/30/2021 | AJB | Send Email to Perniciario re: waiver of privilege | 0.1 |
| 12/2/2021 | AJB | Send and receive emails to Perniciaro re: waiver | 1 |
| 12/3/2021 | AJB | Review statement of Charles Cooper | 0.5 |
| 12/3/2021 | AJB | Research protective orders used by Judge in past; edit to fit our case; conference with MTR re: details | 2 |
| 12/3/2021 | AJB | Send and receive email to Perniciaro re: cooper and confidentiality | 0.2 |
| 12/3/2021 | MTR | Conference with AJB re: protective orders used by Judge in past | 0.5 |
| 12/7/2021 | AJB | Send and receive emails to Perniciaro re: confidentiality | 1.3 |
| 12/7/2021 | MTR | Review proposed protective order edits by AJB; give input; email with Perniciaro re: same | 0.5 |
| 12/10/2021 | AJB | Send email to Perniciaro re: confidentiality | 0.1 |
| 12/14/2021 | AJB | Review Discovery and Depositions for Pltfs Second Motion for Sanctions | 10 |
| 12/15/2021 | AJB | Research for Plaintiff's Second Motion for Sanctions | 8 |
| 12/16/2021 | AJB | Draft Plaintiff's 2nd Motion for Sanctions, compare discovery responses and deposition testimony | 8 |
| 12/17/2021 | AJB | Draft Plaintiff's 2nd Motion for Sanctions | 6 |
| 12/18/2021 | AJB | Draft Plaintiff's 2nd Motion for Sanctions | 4 |
| 12/19/2021 | AJB | Draft Plaintiff's 2nd Motion for Sanctions | 4 |
| 12/20/2021 | AJB | Draft Plaintiff's 2nd Motion for Sanctions | 8 |
| 12/21/2021 | AJB | Finalize for Filing Plaintiff's Second Motion for Sanctions (Doc. No. 185) | 4 |
| 12/21/2021 | MTR | Review research and edit Plaintiff's Second Motion for Sanctions | 12 |
| 12/28/2021 | AJB | Send email to Perniciaro re: discovery timeline | 0.1 |
| 12/28/2021 | AJB | Emails and phone call with Perniciaro and Moffett re Plaintiff's Motion for Sanctions; Moffett tells us we are unprofessional and asks us to withdraw motion; conference with AJB re call | 1.5 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/28/2021 | MTR | Emails and phone call with Perniciaro and Moffett re Plaintiff's Motion for Sanctions; Moffett tells us we are unprofessional and asks us to withdraw motion; conference with AJB re call | 1.5 |
| 12/29/2021 | AJB | Review Draper report; compare to evidence; conference with MTR re questions to ask Draper | 2 |
| 12/29/2021 | MTR | Receive production emails from Perniciaro and response re: new information and protective order | 1.3 |
| 12/29/2021 | MTR | Emails with Moffett re: truthfulness of Contour/his information; Moffett calls us unprofessional and criticizes our Motion for Sanctions -- says better lawyers wouldn't have filed a motion | 1 |
| 12/29/2021 | MTR | Review Draper report; compare to evidence; conference with AJB re questions to ask Draper; email to Draper re: data and questions | 2.5 |
| 12/30/2021 | AJB | Send and receive email to Perniciaro re: discovery timeline draft | 0.2 |
| 12/30/2021 | MTR | Negotiations with Perniciaro regarding joint Status Report required by Judge; edit report | 1 |
| 12/30/2021 | MTR | Negotiations with Perniciaro regarding joint Status Report required by Judge; edit report and file | 0.8 |
| 12/31/2021 | AJB | send and receive emails to Perniciaro re: discovery timeline draft | 0.2 |
| 12/31/2021 | AJB | Correspond and revise Joint Status Update | 2 |
| 1/4/2022 | AJB | Send and receive emails re: telephone conference with Draper | 0.2 |
| 1/4/2022 | AJB | Review Defendant's Response to 2nd Motion for Sanctions, begin outlining response and needed research | 5 |
| 1/4/2022 | MTR | Review Defendant's Response to 2nd Motion for Sanctions | 2.5 |
| 1/5/2022 | AJB | Send email to Perniciaro re: Charles Cooper | 0.1 |
| 1/6/2022 | AJB | Research for and drafting Plaintiff's Reply to Defendant's Response to 2nd MFS | 4 |
| 1/6/2022 | MTR | Send and receive email to Perniciaro regarding Charles Cooper; review emails from AJB to Perniciaro | 0.3 |
| 1/10/2022 | AJB | send and receive email to Perniciaro re: Draper question | 0.2 |
| 1/10/2022 | MTR | Send and receive email to Perniciaro regarding him preventing us from speaking with Draper; request documents showing Contour-Draper communications | 0.2 |
| 1/11/2022 | AJB | send and receive email to Perniciaro re: Draper question | 0.2 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 1/12/2022 | AJB | Conference with MTR re: Draper plan; compiled data for MTR to use; Conf with MTR after depo re: recap | 2 |
| 1/12/2022 | MTR | Prepare for and take Draper interview; mtg with AJB re: depo plan and areas of focus; mtg with AJB after re: plan forward | 4 |
| 1/12/2022 | MTR | Send and receive emails to Perniciaro re: Draper interview and documents needs from him | 0.5 |
| 1/13/2022 | AJB | Research for and Draft Reply to Def's Response to 2nd MFS | 4 |
| 1/14/2022 | AJB | Draft Reply to Def's Response to 2nd MFS | 4 |
| 1/14/2022 | MTR | Send and receive emails to Perniciaro re: Charles Cooper | 0.3 |
| 1/15/2022 | MTR | Transcribe Draper interview | 0.2 |
| 1/17/2022 | AJB | Draft Plaintiff's Reply to Defendants Response to 2nd MFS | 8 |
| 1/18/2022 | AJB | Finalize for filing Plaintiff's Reply to Defendants Response to 2nd MFS (Doc No. 200) | 4 |
| 1/18/2022 | MTR | Phone call with Cruser Mitchell Dominko re Charles Cooper / anonymous witness | 0.5 |
| 1/18/2022 | MTR | Review research and edit Reply to Def's Response to 2nd MFS | 2 |
| 1/19/2022 | MTR | Emails with Perniciaro and Draper re: Draper report amendment and Draper interview | 0.4 |
| 1/26/2022 | AJB | send email to Perniciaro re: 10 search terms not completed | 0.1 |
| 1/27/2022 | AJB | send email to Perniciaro re: privilege log | 0.1 |
| 1/28/2022 | MTR | Email to Perniciaro regarding 10 keywords not searched | 0.1 |
| 1/31/2022 | MTR | Email to Court re: electronics for hearing | 0.1 |
| 2/7/2022 | AJB | 2nd Motion for Sanctions Hearing Preparation | 20 |
| 2/7/2022 | MTR | Prepare for 2nd Motion for Sanctions Hearing | 24 |
| 2/8/2022 | AJB | 2nd Motion for Sanctions Hearing Attendance - Day 1 | 4.5 |
| 2/8/2022 | AJB | Conference w/ MTR re: 1st day of Sanctions Hearing | 2 |
| 2/8/2022 | MTR | 2nd Motion for Sanctions Hearing Attendance - Day 1 | 4.5 |
| 2/8/2022 | MTR | Conference w/ AJB re: 1st day of Sanctions Hearing | 2 |
| 2/9/2022 | AJB | 2nd Motion for Sanctions Hearing Attendance - Day 2 | 4.5 |
| 2/9/2022 | MTR | 2nd Motion for Sanctions Hearing Attendance - Day 2 | 4.5 |
| 4/12/2022 | MTR | Email to court reporter re: payment for hearing transcript | 0.1 |
| 4/21/2022 | MTR | Review Motion to Compel Dedvukaj depo; review emails on subject and send to AJB to support motion | 1 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 5/24/2022 | MTR | Email to court reporter re: payment for hearing transcript; defense has not paid yet | 0.1 |
| Over months | AJB | Review and analyze Defendant's Email Production; separate "hot" documents; compare emails to other evidence; consider case strategy; conferences with MTR re: same | 90 |
| Over months | MTR | Review and analyze Defendant's Email Production; review all "hot" docs and sample review "cold" documents; compare hot emails to other evidence; consider case strategy; conferences with AJB re: same | 60 |
| | | | **863.7** |