## Contingency Fee Agreement for Legal Services

Client: __Ethan Wilkins__                    Today's Date: _6_/_25_/_2022_

Case type: __Shooting - Negligent security__    Incident Date: _6_/_15_/_2022_

*Legal Representation*

I ("Client") hire RAFI LAW FIRM LLC ("Rafi Law") to pursue all claims and causes of action against the responsible parties for any and all damages arising out the incident on the above date. Client authorizes Rafi Law to pursue all available sources of recovery as Rafi Law deems necessary, including bring any suit, action, or proceeding, or take any other step necessary to enforce or collect recovery for Client.

This representation does not include lien resolution, probate matters, trust matters, or other specialized legal services beyond litigating the claims indicated above. If these services are necessary, additional fees will be charged commensurate with the work provided. This work may be provided in-house or by referral to other counsel at Rafi Law's discretion. The cost of these services shall be the separate responsibility of Client. The expense of any such service shall be treated as a case expense and not a reduction of contingent fees.

*Attorney's Fees*

Client agrees to pay Rafi Law the following compensation for their services:
1. If a lawsuit is not filed, forty percent (40%) of the gross amount offered to be paid to or recovered by Client, exclusive of expenses.
2. If a lawsuit is filed, forty-five percent (45%) of the gross amount offered to be paid to or recovered by Client, exclusive of expenses.
3. If an interlocutory appeal (before trial) is granted to any party, or a new trial is granted to any party, or a notice of appeal is filed after a judgment is entered, fifty (50%) of the gross amount offered to be paid to or recovered by Client, exclusive of expenses.

Attorney fees are incurred at the time of settlement or when the verdict is delivered, whichever comes first. **If no money is recovered, Client will owe Rafi Law no attorney's fees.**

*Costs and Expenses*

All costs and expenses related to the case will be advanced by Rafi Law. Client agrees to reimburse Rafi Law, directly from any recovery received, all costs and expenses incurred in investigating and pursing claims under the representation. These expenses may

include, but are not limited to, court filing fees, costs associated with locating and researching witnesses, travel, court reporters, postage, obtaining medical records, and expert witness fees. Services may be performed in-house (charged at prevailing market rates) or outsourced to a third-party vendor (charged at cost without markup), and Client agrees to reimburse Rafi Law for interest incurred on all expenses advanced and a $10.00 per month administration charge. Reimbursement of advanced expenses by Client will be collected from the gross total recovery, after attorneys' fees have been deducted. **If no money is recovered, Client will owe Rafi Law no costs or expenses.**

### *Right to Associate Counsel*

Client agrees Rafi Law may associate other counsel to assist in this representation. If other counsel is associated, Client agrees Rafi Law may divide the total attorney fees based on the sole judgment of Rafi Law without further notice to or consent of Client, so long as such division of fees is in accord with rules governing attorney conduct.

### *Cooperation*

Client agrees to cooperate with Rafi Law in pursuit of this claim, including being available for consultation, investigation, deposition, trial preparation, and other necessary work Rafi Law directs. Client agrees to fully and truthfully disclose all pertinent facts. Client will notify Rafi Law if Client moves or changes contact information.

### *Termination*

This agreement is being entered into before this matter can be fully investigated and evaluated. Client agrees that Rafi Law may withdraw from this representation at any time in the event Rafi Law determines in their opinion, the chances for a successful outcome do not justify proceeding further.

This agreement may be terminated at will at any time by either party upon written notification. If Client terminates this agreement, all unpaid costs and expenses shall immediately become due and payable. Unpaid balances may continue to accrue interest until paid in full, and Client will be responsible for such costs. Further, Client shall owe Rafi Law for services rendered before the date of termination. If termination occurs after an offer has been made to Client or after settlement or verdict, Rafi Law shall be entitled to its full percentage of the recovery as provided in the attorney fee section above, it being agreed that those fees were earned. If termination occurs before an offer has been made to Client and there has been no settlement or verdict, Rafi Law may elect to charge a reasonable percentage based upon the amount of work performed or may elect to payment based upon the time devoted to the case at an hourly rate of $400.00 for Michael Rafi, $300.00 for all other Rafi Law Firm lawyers, and $100.00 for support staff. In the

event of termination under any and all circumstances, Client grants Rafi Law a lien and security interest against any proceeds for all unpaid attorney's fees, costs, and expenses.

*Additional Provisions*

Client appoints Rafi Law as Client's agent and attorney with authority to execute all receipts and releases, endorse all checks, drafts, and instruments in Client's name(s) necessary to effect settlement, and Client confirms all said actions of Rafi Law.

Client authorizes Rafi Law to file suit at any time when Rafi Law, in its sole discretion, determine it is in the best interest of the case.

Client authorizes Rafi Law to speak to the media at any time for any purpose regarding the case.

Client understands Rafi Law has no tax professionals and cannot give tax advice.

Client understands and agrees that Rafi Law may discard file materials related to this representation 1 year after the completion of the case; once that occurs, file materials may not be available for Client's use.

Client has read this agreement, understands it, and any questions have been answered to Client's satisfaction.

___ERIC WILKINS OBO ETHAN WILKINS___  _____
Client                                                                                    Rafi Law Firm LLC

___8/20/1984___
Client date of birth

___628-677-2618___
Client phone number

___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___
Client social security number

1605 Ivy Pointe Court

L-ville

e20wilkinsJr@gmail.com

Mom: Patricia Wells

804-638-3470

## Contingency Fee Agreement for Legal Services

Client: _Jamacc Taylor OBO Kadelyn Taylor_   Today's Date: _6_ / _24_ / _2020_

Case type: _Negligent Security_   Incident Date: _6_ / _15_ / _2020_

### Legal Representation

I ("Client") hire RAFI LAW FIRM LLC ("Rafi Law") to pursue all claims and causes of action against the responsible parties for any and all damages arising out the incident on the above date. Client authorizes Rafi Law to pursue all available sources of recovery as Rafi Law deems necessary, including bring any suit, action, or proceeding, or take any other step necessary to enforce or collect recovery for Client.

This representation does not include lien resolution, probate matters, trust matters, or other specialized legal services beyond litigating the claims indicated above. If these services are necessary, additional fees will be charged commensurate with the work provided. This work may be provided in-house or by referral to other counsel at Rafi Law's discretion. The cost of these services shall be the separate responsibility of Client. The expense of any such service shall be treated as a case expense and not a reduction of contingent fees.

### Attorney's Fees

Client agrees to pay Rafi Law the following compensation for their services:
1. If a lawsuit is not filed, forty percent (40%) of the gross amount offered to be paid to or recovered by Client, exclusive of expenses.
2. If a lawsuit is filed, forty-five percent (45%) of the gross amount offered to be paid to or recovered by Client, exclusive of expenses.
3. If an interlocutory appeal (before trial) is granted to any party, or a new trial is granted to any party, or a notice of appeal is filed after a judgment is entered, fifty (50%) of the gross amount offered to be paid to or recovered by Client, exclusive of expenses.

Attorney fees are incurred at the time of settlement or when the verdict is delivered, whichever comes first. **If no money is recovered, Client will owe Rafi Law no attorney's fees.**

### Costs and Expenses

All costs and expenses related to the case will be advanced by Rafi Law. Client agrees to reimburse Rafi Law, directly from any recovery received, all costs and expenses incurred in investigating and pursing claims under the representation. These expenses may include, but are not limited to, court filing fees, costs associated with locating and researching witnesses, travel, court reporters, postage, obtaining medical records, and expert witness fees. Services may be performed in-house (charged at prevailing market rates) or outsourced to a third-party vendor

(charged at cost without markup), and Client agrees to reimburse Rafi Law for interest incurred on all expenses advanced and a $10.00 per month administration charge. Reimbursement of advanced expenses by Client will be collected from the gross total recovery, after attorneys' fees have been deducted. **If no money is recovered, Client will owe Rafi Law no costs or expenses.**

### *Right to Associate Counsel*

Client agrees Rafi Law may associate other counsel to assist in this representation. If other counsel is associated, Client agrees Rafi Law may divide the total attorney fees based on the sole judgment of Rafi Law without further notice to or consent of Client, so long as such division of fees is in accord with rules governing attorney conduct.

### *Cooperation*

Client agrees to cooperate with Rafi Law in pursuit of this claim, including being available for consultation, investigation, deposition, trial preparation, and other necessary work Rafi Law directs. Client agrees to fully and truthfully disclose all pertinent facts. Client will notify Rafi Law if Client moves or changes contact information.

### *Termination*

This agreement is being entered into before this matter can be fully investigated and evaluated. Client agrees that Rafi Law may withdraw from this representation at any time in the event Rafi Law determines in their opinion, the chances for a successful outcome do not justify proceeding further.

This agreement may be terminated at will at any time by either party upon written notification. If Client terminates this agreement, all unpaid costs and expenses shall immediately become due and payable. Unpaid balances may continue to accrue interest until paid in full, and Client will be responsible for such costs. Further, Client shall owe Rafi Law for services rendered before the date of termination. If termination occurs after an offer has been made to Client or after settlement or verdict, Rafi Law shall be entitled to its full percentage of the recovery as provided in the attorney fee section above, it being agreed that those fees were earned. If termination occurs before an offer has been made to Client and there has been no settlement or verdict, Rafi Law may elect to charge a reasonable percentage based upon the amount of work performed or may elect to payment based upon the time devoted to the case at an hourly rate of $400.00 for Michael Rafi, $300.00 for all other Rafi Law Firm lawyers, and $100.00 for support staff. In the event of termination under any and all circumstances, Client grants Rafi Law a lien and security interest against any proceeds for all unpaid attorney's fees, costs, and expenses.

### *Additional Provisions*

1823

1823 Connolly Drive

k 30144

678-933-2745

La Toyia Scott

screamed - shot my mommy she's dead
x 3

Grayson - insurance

15 - Jada
13 - Kaiden
8 - Jorden (girl)

not legitimized
↳ "natural father"

Client appoints Rafi Law as Client's agent and attorney with authority to execute all receipts and releases, endorse all checks, drafts, and instruments in Client's name(s) necessary to effect settlement, and Client confirms all said actions of Rafi Law.

Client authorizes Rafi Law to file suit at any time when Rafi Law, in its sole discretion, determine it is in the best interest of the case.

Client authorizes Rafi Law to speak to the media at any time for any purpose regarding the case.

Client understands Rafi Law has no tax professionals and cannot give tax advice.

Client understands and agrees that Rafi Law may discard file materials related to this representation 1 year after the completion of the case; once that occurs, file materials may not be available for Client's use.

Client has read this agreement, understands it, and any questions have been answered to Client's satisfaction.

_____  
Client

_____  
Rafi Law Firm LLC

6·12·1983  
Client date of birth

678·769·9780  
Client phone number

464-63·9733  
Client social security number

Contingency Fee Agreement for Legal Services: page 3 of 3