**Exhibit 3 to Rafi Declaration**
**Summary of time spent broken down by month and biller**
**Applying Rates of $450 for Rafi; $300 for other attorneys; $100 for paralegals**

| Month and Year | Biller | Hours | Rate | Total |
|---|---|---|---|---|
| October 2020 | Rafi | 0.7 | $ 450.00 | $ 315.00 |
| November 2020 | Rafi | 9.8 | $ 450.00 | $ 4,410.00 |
| December 2020 | Rafi | 1.4 | $ 450.00 | $ 630.00 |
| January 2021 | Rafi | 8.4 | $ 450.00 | $3,780.00 |
| January 2021 | Jackson and Brown | 7.0 | $ 300.00 | $ 2,100.00 |
| February 2021 | Rafi | 17.1 | $ 450.00 | $ 7,695.00 |
| February 2021 | Brown | 11.3 | $ 300.00 | $ 3,390.00 |
| February 2021 | Paralegal | 3.5 | $ 100.00 | $ 350.00 |
| March 2021 | Brown | 2.2 | $ 300.00 | $ 660.00 |
| April 2021 | Rafi | 8.8 | $ 450.00 | $ 3,960.00 |
| April 2021 | Brown | 48.6 | $ 300.00 | $ 14,580.00 |
| May 2021 | Rafi | 5.0 | $ 450.00 | $ 2,250.00 |
| May 2021 | Brown | 27.5 | $ 300.00 | $ 8,250.00 |
| June 2021 | Rafi | 8.8 | $ 450.00 | $ 3,960.00 |
| June 2021 | Brown | 41.9 | $ 300.00 | $ 12,570.00 |
| July 2021 | Rafi | 20.5 | $ 450.00 | $ 9,225.00 |
| July 2021 | Brown | 84.5 | $ 300.00 | $ 25,350.00 |
| August 2021 | Rafi | 37.5 | $ 450.00 | $ 16,875.00 |
| August 2021 | Brown | 101.4 | $ 300.00 | $ 30,420.00 |
| September 2021 | Rafi | 5.8 | $ 450.00 | $ 2,610.00 |
| September 2021 | Brown | 10.3 | $ 300.00 | $ 3,090.00 |
| October 2021 | Rafi | 8.8 | $ 450.00 | $ 3,960.00 |
| October 2021 | Brown | 31.5 | $ 300.00 | $ 9,450.00 |

| November 2021 | Rafi | 6.1 | $ 450.00 | $ 2,745.00 |
|---|---|---|---|---|
| November 2021 | Brown | 14.4 | $ 300.00 | $ 4,320.00 |
| December 2021 | Rafi | 21.1 | $ 450.00 | $ 9,495.00 |
| December 2021 | Brown | 14.5 | $ 300.00 | $ 4,350.00 |
| January 2022 | Rafi | 11.1 | $ 450.00 | $ 4,995.00 |
| January 2022 | Brown | 31.9 | $ 300.00 | $ 9,570.00 |
| February 2022 | Rafi | 35 | $ 450.00 | $ 15,750.00 |
| February 2022 | Brown | 31 | $ 300.00 | $ 9,300.00 |
| April 2022 | Rafi | 1.1 | $ 450.00 | $ 495.00 |
| May 2022 | Rafi | 0.1 | $ 450.00 | $ 45.00 |
| Several Months | Rafi | 60 | $ 450.00 | $ 27,000.00 |
| Several Months | Brown | 90 | $ 300.00 | $27,000.00 |
| Several Months | Butcher | 100 | $ 100.00 | $ 10,000.00 |
| **Total** | | | | **$ 294,945.00** |

**Rafi spent a total of 267.1 hours**
**Brown spent a total of 542.0 hours**
**Jackson spent a total of 6.0 hours**
**Butcher spent a total of 103.5 hours**