**Exhibit 4 to Rafi Declaration**
**Summary of time spent broken down by month and biller**
**Applying Rates of $450 for Rafi; $300 for other attorneys; $100 for paralegals in 2020 and**
**$600 for Rafi; $500 for other attorneys; and $150 for paralegals in 2021 and 2022**

| Month and Year | Biller | Hours | Rate | Total |
|---|---|---|---|---|
| October 2020 | Rafi | 0.7 | $ 450.00 | $ 315.00 |
| November 2020 | Rafi | 9.8 | $ 450.00 | $ 4,410.00 |
| December 2020 | Rafi | 1.4 | $ 450.00 | $ 630.00 |
| January 2021 | Rafi | 8.4 | $ 600.00 | $ 5,040.00 |
| January 2021 | Jackson and Brown | 7.0 | $ 500.00 | $3,500.00 |
| February 2021 | Rafi | 17.1 | $ 600.00 | $10,260.00 |
| February 2021 | Brown | 11.3 | $ 500.00 | $ 5,650.00 |
| February 2021 | Paralegal | 3.5 | $ 150.00 | $ 525.00 |
| March 2021 | Brown | 2.2 | $ 500.00 | $ 1,100.00 |
| April 2021 | Rafi | 8.8 | $ 600.00 | $ 5,280.00 |
| April 2021 | Brown | 48.6 | $ 500.00 | $ 24,300.00 |
| May 2021 | Rafi | 5.0 | $ 600.00 | $ 3,000.00 |
| May 2021 | Brown | 27.5 | $ 500.00 | $ 13,750.00 |
| June 2021 | Rafi | 8.8 | $ 600.00 | $ 5,280.00 |
| June 2021 | Brown | 41.9 | $ 500.00 | $ 20,950.00 |
| July 2021 | Rafi | 20.5 | $ 600.00 | $ 12,300.00 |
| July 2021 | Brown | 84.5 | $ 500.00 | $ 42,250.00 |
| August 2021 | Rafi | 37.5 | $ 600.00 | $ 22,500.00 |
| August 2021 | Brown | 101.4 | $ 500.00 | $ 50,700.00 |
| September 2021 | Rafi | 5.8 | $ 600.00 | $ 3,480.00 |
| September 2021 | Brown | 10.3 | $ 500.00 | $ 5,150.00 |
| October 2021 | Rafi | 8.8 | $ 600.00 | $ 5,280.00 |

| Month | Attorney | Hours | Rate | Total |
|---|---|---|---|---|
| October 2021 | Brown | 31.5 | $ 500.00 | $ 15,750.00 |
| November 2021 | Rafi | 6.1 | $ 600.00 | $ 3,660.00 |
| November 2021 | Brown | 14.4 | $ 500.00 | $ 7,200.00 |
| December 2021 | Rafi | 21.1 | $ 600.00 | $ 12,660.00 |
| December 2021 | Brown | 14.5 | $ 500.00 | $ 7,250.00 |
| January 2022 | Rafi | 11.1 | $ 600.00 | $ 6,660.00 |
| January 2022 | Brown | 31.9 | $ 500.00 | $ 15,950.00 |
| February 2022 | Rafi | 35 | $ 600.00 | $ 21,000.00 |
| February 2022 | Brown | 31 | $ 500.00 | $ 15,500.00 |
| April 2022 | Rafi | 1.1 | $ 600.00 | $ 660.00 |
| May 2022 | Rafi | 0.1 | $ 600.00 | $ 60.00 |
| Several Months | Rafi | 60 | $ 600.00 | $ 36,000.00 |
| Several Months | Brown | 90 | $ 500.00 | $ 45,000.00 |
| Several Months | Butcher | 100 | $ 150.00 | $ 15,000.00 |
| **Total** | | | | **$ 448,000.00** |

**Rafi spent a total of 267.1 hours**
**Brown spent a total of 542.0 hours**
**Jackson spent a total of 6.0 hours**
**Butcher spent a total of 103.5 hours**