# FRAZIER, KISHA
EXPENSE REPORT

| Date | Amount | Payee | Notes |
|---|---|---|---|
| 4/16/2019 | $ 6.80 | Stamps | Ltr of rep and pres to Eastwyck Village |
| 4/16/2019 | $ 6.80 | Stamps | Ltr of rep and pres to Contour Development via Rochester |
| 4/16/2019 | $ 6.80 | Stamps | Ltr of rep and pres to Contour Development via Bloomfield Hills |
| 4/17/2019 | $ 6.80 | Stamps | Ltr of rep and pres to Contour Eastwyck |
| 4/23/2019 | $ 0.09 | Suntrust | Accrued Interest Expense |
| 4/25/2019 | $ 9.00 | Dekalb County PD | ORR incident report |
| 4/25/2019 | $ 0.50 | Stamps | postage for check to Dekalb PD |
| 4/30/2019 | $ 10.00 | Admin | Monthly Admin Fee |
| 5/7/2019 | $ 0.68 | Westlaw | April Westlaw charges |
| 5/17/2019 | $ 7.80 | Dekalb County | E911 for incident |
| 5/23/2019 | $ 0.31 | Suntrust | Accrued Interest Expense |
| 5/24/2019 | $ 6.95 | Stamps | 2nd letter of preservation |
| 5/29/2019 | $ 25.00 | TLO | Shaneka Benton TLO |
| 5/29/2019 | $ 25.00 | TLO | Keith Thurman TLO |
| 5/30/2019 | $ 10.00 | Admin | Monthly Admin Fee |
| 6/6/2019 | $ 6.80 | Stamps | certified postage for check to Dekalb PD |
| 6/6/2019 | $ 26.00 | FDLE Criminal History | Florida Criminal History search for Keith Thurman (security guard) |
| 6/7/2019 | $ 0.84 | Westlaw | May Westlaw charges |
| 6/10/2019 | $ 500.00 | Dekalb County Police Departn | GA ORR - #26-47862-19 |
| 6/12/2019 | $ 25.00 | TLO | TLO Report on Danna Harris |
| 6/17/2019 | $ 0.50 | Stamps | Self Addressed Envelope |
| 6/17/2019 | $ 18.56 | Chris Jackson | Travel to and from Mrs. Winner's Chicken and Biscuits for meeting with client and Danna Harris |
| 6/30/2019 | $ 10.00 | Admin | Monthly Admin Fee |
| 7/16/2019 | $ 95.00 | Diamond Courier | Inv # 3541278 for locating Danna Harris |
| 7/16/2019 | $ 0.50 | Stamps | check to diamond courier |
| 7/24/2019 | $ 97.00 | Dekalb E911 | invoice for various 911 audio and CAD Reports |
| 7/24/2019 | $ 0.50 | Stamps | postage to mail check to Dekalb E911 |
| 7/25/2019 | $ 16.24 | Chris Jackson | Travel to and from Home Depot on Jonesboro Road to get affidavit of Mack Kirksey |
| 7/26/2019 | $ 3,500.00 | Brannon Napier | retainer for Keshia Frazier estate |
| 7/26/2019 | $ 0.50 | Stamps | postage mailing agreement and retainer to Brannon Napier |
| 7/31/2019 | $ 10.15 | Suntrust | Accrued Interest Expense |
| 7/31/2019 | $ 10.00 | Admin | Monthly Admin Fee |
| 8/6/2019 | $ 89.97 | LinkedIn | LinkedIn Premium Account used to message former employees of Eastwyck Village |
| 8/9/2019 | $ 7.83 | Westlaw | July Westlaw Charges |
| 8/28/2019 | $ 25.00 | TLO | TLO Report on Tijuana Frazier |
| 8/28/2019 | $ 15.00 | TLO | TLO search for Bradley Payne |
| 8/30/2019 | $ 5.00 | TLO | TLO search for Bradley Payne |
| 8/31/2019 | $ 16.19 | Suntrust | Accrued Interest Expense |
| 8/31/2019 | $ 10.00 | Admin | Monthly Admin Fee |
| 9/6/2019 | $ 194.00 | Mildred Collins-Williams | reimbursement for estate |
| 9/6/2019 | $ 0.50 | Stamps | postage for check to Mildred |
| 9/9/2019 | $ 8.09 | Westlaw | August Westlaw Charges |
| 9/10/2019 | $ 30.00 | TLO | TLO report on Stephanie Johnson |
| 9/12/2019 | $ 25.00 | TLO | TLO search for Wyndell Johnson |
| 9/12/2019 | $ 85.00 | TLO | TLO search for Gabriel Eskridge |
| 9/12/2019 | $ 50.00 | TLO | TLO search for Bradley Payne |

| Date | Amount | Payee | Description |
|---|---|---|---|
| 9/12/2019 | $25.00 | TLO | TLO search for Quintarious Stover |
| 9/13/2019 | $499.00 | Case Metrix | Inv # 5017 for wrongful death jury research |
| 9/17/2019 | $1.00 | Stamps | 2 letters to Shaneka Benton |
| 9/17/2019 | $25.00 | TLO | TLO search for Gabriel Eskridge |
| 9/30/2019 | $10.00 | Admin | Monthly Admin Fee |
| 9/30/2019 | $15.86 | Suntrust | Accrued Interest Expense |
| 10/10/2019 | $21.17 | Chris Jackson | Travel to from Dwarf House on Tara Blvd. for interview with witness Wendal Johnson |
| 10/10/2019 | $40.08 | Westlaw | September Westlaw charges |
| 10/10/2019 | $1.50 | Stamps | Letters to Gabriel Eskridge |
| 10/31/2019 | $8.20 | Stamps | Demand to Contour |
| 10/31/2019 | $10.00 | Admin | Monthly Admin Fee |
| 10/31/2019 | $16.35 | Suntrust | Accrued Interest Expense |
| 11/12/2019 | $15.85 | Westlaw | October Westlaw charges |
| 11/18/2019 | $0.50 | Stamps | mailing check to Pebbles for guardianship application |
| 11/22/2019 | $248.00 | Wake Co. | Suntrust cashier's check and fee for guardianship application |
| 11/22/2019 | $0.50 | Stamps | postage for cashier's check to Pebbles |
| 11/30/2019 | $10.00 | Admin | Monthly Admin Fee |
| 11/30/2019 | $16.66 | Suntrust | Accrued Interest Expense |
| 12/11/2019 | $2.65 | Westlaw | November Westlaw Charges |
| 12/30/2019 | $29.30 | Suntrust | Accrued Interest Expense |
| 12/30/2019 | $10.00 | Admin | Monthly Admin Fee |
| 12/30/2019 | $17.17 | Suntrust | Accrued Interest Expense |
| 1/3/2020 | $5.35 | DKPD | ORR for additional shooting |
| 1/3/2020 | $0.50 | Stamps | postage for check to DKPD |
| 1/30/2020 | $10.00 | Admin | Monthly Admin Fee |
| 1/30/2020 | $17.35 | Suntrust | Accrued Interest Expense |
| 1/30/2020 | $30.50 | Suntrust | Accrued Interest Expense |
| 2/27/2020 | $10.00 | Admin | Monthly Admin Fee |
| 2/27/2020 | $17.56 | Suntrust | Accrued Interest Expense |
| 3/30/2020 | $100.00 | Katrenia Collins | GAL fees |
| 3/30/2020 | $0.50 | Stamps | postage for check to GAL |
| 3/30/2020 | $10.00 | Admin | Monthly Admin Fee |
| 3/30/2020 | $18.66 | Suntrust | Accrued Interest Expense |
| 4/17/2020 | $59.14 | Westlaw | March Westlaw Charges |
| 4/30/2020 | $10.00 | Admin | Monthly Admin Fee |
| 4/30/2020 | $18.79 | Suntrust | Accrued Interest Expense |
| 5/22/2020 | $17.60 | Stamps | Certified postage for 2 copies of demand |
| 5/28/2020 | $16.32 | Westlaw | May Westlaw Charges |
| 5/30/2020 | $10.00 | Admin | Monthly Admin Fee |
| 5/30/2020 | $18.96 | Suntrust | Accrued Interest Expense |
| 6/2/2020 | $17.60 | Stamps | Certified postage for 2 more copies of demand |
| 6/25/2020 | $2.88 | Westlaw | June Westlaw Charges |
| 6/29/2020 | $268.54 | Odyssey | Initial filing |
| 6/30/2020 | $19.02 | Suntrust | Accrued Interest Expense |
| 6/30/2020 | $10.00 | Admin | Monthly Admin Fee |
| 7/13/2020 | $7.20 | Stamps | Certified OOS to Contour (Moffett & Perniciaro) |
| 7/13/2020 | $0.80 | Stamps | Interrogatories to Countour |
| 7/29/2020 | $34.02 | Westlaw | July 2020 Westlaw Charges |
| 7/30/2020 | $10.00 | Admin | Monthly Admin Fee |
| 7/30/2020 | $19.43 | Suntrust | Accrued Interest Expense |
| 8/30/2020 | $10.00 | Admin | Monthly Admin Fee |
| 8/30/2020 | $19.46 | Suntrust | Accrued Interest Expense |
| 9/14/2020 | $0.52 | Westlaw | September 2020 Westlaw Charges |
| 9/30/2020 | $10.00 | Admin | Monthly Admin Fee |
| 9/30/2020 | $19.60 | Suntrust | Accrued Interest Expense |
| 10/6/2020 | $14.85 | Westlaw | October 2020 Westlaw Charges |
| 10/12/2020 | $36.97 | Tiffany Burston | subpoena for depo - Burston |

| Date | Amount | Payee | Description |
|---|---|---|---|
| 10/12/2020 | $ 37.24 | Wendal Johnson | subpoena for depo- Johnson |
| 10/22/2020 | $ 14.10 | Stamps | postage for certified mailing of subpoenas to Johnson and Burston |
| 10/22/2020 | $ 10.00 | TLO | TLO Searches |
| 10/28/2020 | $ 7.05 | Stamps | postage for subpoena to Danna Harris |
| 10/28/2020 | $ 10.00 | Admin | Parking validation for Tiffany Burston |
| 10/30/2020 | $ 12.00 | Check | Check to get Mayes Complaint from Gwinnett State Court |
| 10/30/2020 | $ 0.50 | Stamps | Postage for check to Gwinnett |
| 10/30/2020 | $ 14.10 | Stamps | Postage for certified mailing of subpoenas to Hickson and Mosley-Davis |
| 10/30/2020 | $ 31.30 | Hickson | Subpoena Check - Hickson |
| 10/30/2020 | $ 31.30 | Mosley-Davis | Subpoena Check - Mosely Davis |
| 10/30/2020 | $ 10.00 | Admin | Monthly Admin Fee |
| 10/30/2020 | $ 19.59 | Suntrust | Accrued Interest Expense |
| 11/10/2020 | $ 4,500.00 | The Gingras Firm | Gingras expert |
| 11/10/2020 | $ 7.05 | Stamps | postage to Gingras |
| 11/10/2020 | $ 44.35 | PACER | Filings for subpoenas |
| 11/11/2020 | $ 10.00 | Firm | Parking validation for depo |
| 11/18/2020 | $ 5.00 | TLO | TLO Search |
| 11/30/2020 | $ 10.00 | Admin | Monthly Admin Fee |
| 11/30/2020 | $ 25.78 | Suntrust | Accrued Interest Expense |
| 12/3/2020 | $ 6.90 | Stamps | Letter to AAST certified mail |
| 12/7/2020 | $ 19.05 | Chris Jackson | Travel to/from and parking at Gray Rust for deposition of Danna Harris |
| 12/9/2020 | $ 30.00 | TLO | TLO December 2020 Charges |
| 12/18/2020 | $ 3,250.00 | Paul Kastes | Kastes expert fee |
| 12/18/2020 | $ 6.90 | Stamps | Check to Expert |
| 12/30/2020 | $ 10.00 | Admin | Monthly Admin Fee |
| 12/30/2020 | $ 25.78 | SunTrust | Accrued Interest Expense |
| 1/6/2021 | $ 0.50 | Stamps | Witness letter to Andre Allen |
| 1/19/2021 | $ 48.66 | Westlaw | January 2021 Westlaw Charges |
| 1/20/2021 | $ 7.05 | Stamps | Subpoena / NOD/ witness check postage to Sheryl Moody |
| 1/20/2021 | $ 30.85 | Sheryl Moody | witness check to Moody |
| 1/25/2021 | $ 5.00 | TLO | TLO Searches |
| 1/30/2021 | $ 25.78 | Suntrust | Accrued Interest Expense |
| 2/1/2021 | $ 2,234.25 | Pope | Depo of W Johnson |
| 2/1/2021 | $ 0.51 | Stamps | Postage for Invoice |
| 2/8/2021 | $ 16.42 | FedEx | Postage for private invest - S Benton |
| 2/8/2021 | $ 48.63 | Shaneka Benton | wintess fee for Benton subpoena |
| 2/9/2021 | $ 26.91 | FedEx | Overnight to Hodge |
| 2/11/2021 | $ 28.35 | Odyssey | court docket costs for Dedvukaj files |
| 2/15/2021 | $ 6.96 | Stamps | Balance owed for Fraizer Review/ Certified Mail |
| 2/15/2021 | $ 4,631.25 | Paul Kastes | Balance owed for Fraizer Review |
| 2/15/2021 | $ 0.51 | Stamps | Certified Transript of D.Ward |
| 2/15/2021 | $ 492.15 | Trustpoint one | Certified Transript of D.Ward |
| 2/15/2021 | $ 0.51 | Stamps | Certfied Transcript of Collins-Williams |
| 2/15/2021 | $ 536.00 | Trustpoint one | Certfied Transcript of Collins-Williams |
| 2/15/2021 | $ 0.51 | Stamps | Certfied Transcripts of Pebbles Mcclain |
| 2/15/2021 | $ 454.15 | Trustpoint one | Certfied Transcripts of Pebbles Mcclain |
| 2/19/2021 | $ 6.96 | Stamps | NOD of Moody |
| 2/19/2021 | $ 6.96 | Stamps | Subp to Moody |
| 2/22/2021 | $ 99.67 | Westlaw | February 2021 Westlaw Charges |
| 2/23/2021 | $ 7.45 | Stamps | Motion - Wellstar Hosp |
| 2/23/2021 | $ 7.45 | Stamps | Motion - Tmobile |
| 2/23/2021 | $ 7.65 | Stamps | Motion - Grady Hosp |
| 2/28/2021 | $ 10.00 | Admin | Monthly Admin Fee |
| 2/28/2021 | $ 49.35 | Suntrust | Accrued Interest Expense |
| 3/1/2021 | $ 10.00 | Admin | Parking Validation |
| 3/9/2021 | $ 225.00 | Pope reporting | inv 13708 deposition invoice |
| 3/15/2021 | $ 831.25 | Spearhead Investigations | Private investigator |
| 3/26/2021 | $ 595.45 | check | Drew Collins depo |

| Date | Amount | Payee | Description |
|---|---:|---|---|
| 3/26/2021 | $ 0.51 | Stamps | Drew Collins depo transcript |
| 3/18/2021 | $ 38.39 | Westlaw | March 2021 Westlaw Charges |
| 3/30/2021 | $ 49.35 | Suntrust | Accrued Interest Expense |
| 4/8/2021 | $ 1,365.00 | Pope reporting | Mosely Davis depo |
| 4/20/2021 | $ 0.51 | Stamps | Witness fees for depo |
| 4/29/2021 | $ 141.95 | Westlaw | April 2021 Westlaw Charges |
| 4/15/2021 | $ 10.00 | TLO | TLO April 2021 Charges |
| 5/5/2021 | $ 75.65 | SunTrust | Accrued Interest Expense April 2021 |
| 5/6/2021 | $ 286.60 | Pope reporting | Inv 14095 |
| 5/17/2021 | $ 19.72 | Alex Brown | Travel to home of Dian Pauleon |
| 5/26/2021 | $ 349.61 | Chilton gibbs | Process of Service |
| 5/24/2021 | $ 40.00 | TLO | May 2021 TLO Charges |
| 6/3/2021 | $ 225.00 | Pope reporting | Narcisse no show |
| 6/9/2021 | $ 97.35 | ReSearchGA | Document purchase from docket for AB research |
| 5/27/2021 | $ 62.69 | Westlaw | May 2021 Westlaw Charges |
| 6/7/2021 | $ 27.41 | Chris Jackson | Travel to Dekalb Police HQ and Gray Rust and parking at Gray Rust for relevant data extraction from decedent's phone |
| 6/8/2021 | $ 70.19 | Best Buy | Hard drive for copy of decedent's phone from DeKalb PD evidence |
| 6/14/2021 | $ 84.78 | Suntrust | Accrued Interest Expense May 2021 |
| 6/17/2021 | $ 43.09 | DeKalb Co | ORR DeKalb Co Code Compliance Admin |
| 6/17/2021 | $ 1,811.70 | Pope reporting | Inv 14138 |
| 6/17/2021 | $ 1,688.05 | Pope reporting | Inv 14149 |
| 6/17/2021 | $ 1,799.20 | Pope reporting | Inv 14255 |
| 6/17/2021 | $ 802.85 | pope reporting | Inv 14395 |
| 6/18/2021 | $ 6.96 | Stamps | Payment to Dekalb Code Compliance |
| 7/1/2021 | $ 114.35 | researchGA | Alex research: daubert motion on their defense expert when he testified for the plaintiff |
| 7/1/2021 | $ 1,428.40 | Pope reporting | Inv 14399 for depo |
| 7/1/2021 | $ 15.00 | TLO | TLO Searches June 2021 |
| 7/2/2021 | $ 120.00 | ASIS International | E-books and guidelines |
| 7/2/2021 | $ 29.68 | Westlaw | June 2021 Westlaw Charges |
| 7/9/2021 | $ 6.96 | Stamps | Check and NOD to Omalu |
| 7/16/2021 | $ 6.96 | Stamps | Check for Deposition Retainer to Michael A. Hodge |
| 7/16/2021 | $ 1,800.00 | Check | Check for Deposition Retainer to Michael A. Hodge |
| 7/20/2021 | $ 923.10 | Pope reporting | Inv 14558 |
| 7/20/2021 | $ 989.40 | Huseby | Deposition |
| 7/23/2021 | $ 280.82 | DeKalb Co | ORR to DA |
| 7/23/2021 | $ 0.51 | Stamps | Mail check to DA |
| 7/30/2021 | $ 1,799.25 | Pope Reporting | Depo of Michael Hodge |
| 7/30/2021 | $ 106.61 | Suntrust | Accrued Interest Expense June 2021 |
| 8/5/2021 | $ 3,981.25 | Paul Kastes | Expert conf. call, file review, and report |
| 8/6/2021 | $ 125.60 | Suntrust | Accrued Interest Expense July 2021 |
| 8/6/2021 | $ 0.51 | Stamps | Check to Paul Kastes |
| 8/6/2021 | $ 15.00 | TLO | July 2021 TLO Charges |
| 8/6/2021 | $ 16.55 | Westlaw | July 2021 Westlaw Charges |
| 8/16/2021 | $ 478.00 | Trustpointe.one | Deposition of Paul Kastes |
| 8/19/2021 | $ 916.00 | Pope reporting | Deposition of Karim Vellani |
| 8/19/2021 | $ 750.25 | Pope reporting | Deposition of Bennet Omalu |
| 8/20/2021 | $ 640.90 | Huseby | videographer |
| 8/20/2021 | $ 0.51 | Stamps | Check to trustpoint.one |
| 8/20/2021 | $ 0.51 | Stamps | Check for 911 log |
| 8/20/2021 | $ 11.30 | Fulton Co. Emergency | 911 Log |
| 8/31/2021 | $ 332.50 | Gibbs | Service on Capital Group, Contour Old Town, 5151 ONh, and Keith Lanier Thurman |
| 8/31/2021 | $ 45.00 | TLO | August TLO Charges |
| 9/3/2021 | $ 117.11 | Suntrust | Accrued Interest Expense August 2021 |
| 9/30/2021 | $ 24.70 | Westlaw | August 2021 Westlaw Charges |

| Date | Amount | Payee | Description |
|---|---|---|---|
| 10/1/2021 | $ 162.38 | Suntrust | Accrued Interest Expense Sept. 2021 |
| 10/4/2021 | $ 1.16 | Westlaw | September 2021 Westlaw Charges |
| 10/15/2021 | $ 1,200.00 | Spearhead Invesitgations | Interviews, Surveillance, Service - Invoice lost from May 2021 |
| 10/15/2021 | $ 7.33 | Stamps | Check to Spearhead for Interviews, Surveillance, Service |
| 11/2/2021 | $ 100.00 | TLO | October 2021 TLO Charges |
| 11/4/2021 | $ 26.59 | Westlaw | October 2021 Westlaw Charges |
| 11/22/2021 | $ 75.00 | TLO | November 2021 TLO Charges |
| 12/2/2021 | $ 69.15 | Westlaw | November 2021 Westlaw Charges |
| 12/3/2021 | $ 22.50 | Dekalb Co PD | ORR - Incident Reports |
| 12/10/2021 | $ 160.60 | Penny Pritty Coudriet | Hearing transcript |
| 12/21/2021 | $ 25.12 | Fedex | Electronic Media Filing to Federal Court |
| 1/13/2022 | $ 382.50 | Rev | Transcription of Zoom Meeting |
| 1/21/2022 | $ 1,975.00 | Relevant Data Tech | Draper Video Meeting |
| 1/25/2022 | $ 66.02 | Westlaw | Decemeber 2021 Westlaw Charges |
| 2/1/2022 | $ 244.99 | TLO | January 2022 TLO Charges |
| 2/7/2022 | $ 87.21 | Westlaw | January 2022 Westlaw Charges |
| 2/8/2022 | $ 630.44 | Suntrust | Accrued Interest Expense Oct. - Jan. 2022 |
| 2/10/2022 | $ 78.00 | WalMart | Computer Supplies for hearing |
| 2/10/2022 | $ 21.00 | Prezi | Prezi Subscription for Hearing |
| 2/10/2022 | $ 33.00 | Parking | Parking for 2 days for Hearing |
| 2/11/2022 | $ 313.95 | Judith M Wolff | Hearing transcript 2/10/22 |
| 2/11/2022 | $ 7.33 | Stamps | Check for hearing transcript |
| 2/14/2022 | $ 250.25 | Elizabeth Cohn | Check for hearing transcript 2/9/22 |
| 2/14/2022 | $ 7.33 | Stamps | Check for hearing transcript |
| 3/3/2022 | $ 5.00 | TLO | February 2022 TLO Charges |
| 3/11/2022 | $ 382.05 | Capitol City Investigations | Investagation Services |
| 3/11/2022 | $ 0.53 | Stamps | Capitol City Investigations |
| 3/15/2022 | $ 47.57 | Westlaw | February Westlaw Charges |
| 3/15/2022 | $ 432.00 | Westlaw | Federal Court Westlaw Access (see KB w/any questions) |
| 3/25/2022 | $ 51.24 | Dekalb Co PD | ORR |
| 4/12/2022 | $ 23.65 | Elizabeth Cohn | Remaining Balance for hearing transcript |
| 4/22/2022 | $ 334.00 | Suntrust | Accrued Interest Expense 2/2022 - 3/2022 |
| 5/2/2022 | $ 43.65 | Fedex | FedEx Probate Papers to Mildred w/ Rtn. Label |
| 5/2/2022 | $ 43.65 | Fedex | FedEx Probate Papers to Holt w/ Rtn. Label |
| 5/2/2022 | $ 23.73 | Fedex | FedEx Probate Papers to Ray Kendrick no rtn. label |
| 5/3/2022 | $ 10.00 | TLO | April 2022 TLO Charges |
| 5/12/2022 | $ 21.10 | Fedex | Original Conservatorship Paperwork to Chip Carter |
| 5/26/2022 | $ 46.51 | Fedex | 2 Fedex to Collins and then a return to RLF |
| 6/7/2022 | $ 17.95 | Fedex | Originals to Chip Carter |
| 6/22/2022 | $ 429.94 | Suntrust | Accrued Interest Expense April 2022 - May 2022 |
| 7/22/2022 | $ 273.43 | Suntrust | Accrued Interest Expense June 2022 |
| 8/10/2022 | $ 5.18 | Westlaw | July 2022 Westlaw Charges |
| 9/2/2022 | $ 14.34 | Westlaw | August Westlaw Charges |
| 11/3/2022 | $ 7.68 | Westlaw | October Westlaw Charges |
| 11/28/2022 | $ 2,852.10 | Mason Carter | Legal Services and Expenses for Estate |
| 1/3/2023 | $ 535.12 | Westlaw | December 2022 Westlaw Invoice |
| 1/27/2023 | $ 1,250.00 | Medical Case Consultants | Medical Chronology |
| 2/6/2023 | $ 131.12 | Westlaw | January 2023 Westlaw Charges |
| 2/6/2023 | $ 2,548.11 | Suntrust | Accrued Interest Expense 7/2022 - 12/2022 |
| 2/6/2023 | $ 5.00 | TLO | January 2023 TLO Charges |
| 2/10/2023 | $ 532.45 | SunTrust | Accrued Interest Expense January 2023 |
| 2/10/2023 | $ 29.70 | DeKalb Co Service Board | Winn Way certified medical records |
| 2/15/2023 | $ 57.13 | Dante Charles | Witness fees for deposition - $25 + $.45 * 71.40 miles |
| 2/15/2023 | $ 48.82 | FedEx | Overnight FedEx to Dante Charles |
| 2/16/2023 | $ 181.70 | Payne Reporting | Pamela Cosby deposition transcript |
| 2/17/2023 | $ 600.00 | Medical Case Consultants | Updated medical chronology |
| 2/17/2023 | $ 7,500.00 | Forensic Specialtis, Ltd | Expert retainer |
| 2/23/2023 | $ 10,500.00 | Forensic Specialtis, Ltd | Remaining Balance for Expert |

| Date | Amount | Payee | Description |
|---|---|---|---|
| 2/23/2023 | $ 38.89 | Fedex | Check to expert |
| 2/28/2023 | $ 600.00 | Forensic Specialtis, Ltd | Expert Fees for Addendum to report |
| 2/28/2023 | $ 8.10 | Stamps | Check to expert |
| 3/6/2023 | $ 532.45 | SunTrust | Accrued Interest Expense February 2023 |
| 3/6/2023 | $ 5.00 | TLO | February 2023 TLO Charges |
| 3/6/2023 | $ 296.76 | Westlaw | February 2023 Westlaw Charges |
| 3/9/2023 | $ 8,211.00 | Barnes & Thornburg | Legal Services |
| 3/20/2023 | $ 69.30 | Pope Reporting | Andrea Cosby Deposition Transcript |
| 3/20/2023 | $ 610.50 | Pope Reporting | Dante Charles Deposition |
| 4/3/2023 | $ 532.86 | SunTrust | Accrued Interest Expense March 2023 |
| 4/3/2023 | $ 386.50 | Payne Reporting | Depo transcript of Dr. Eric Smith |
| 4/12/2023 | $ 114.72 | Westlaw | March 2023 Westlaw Charges |
| 4/20/2023 | $ 50.29 | Monique Mosley-Davis | Witness fees for Trial - $40 + $.575 * 17.9 miles (Sent FedEx) |
| 4/20/2023 | $ 47.53 | Antoinette Narcisse | Witness fees for Trial - $40 + $.575 * 13.1 miles (Sent FedEx) |
| 4/20/2023 | $ 52.65 | Keith Thurman | Witness fees for Trial - $40 + $.575 * 22 miles (Sent FedEx) |
| 4/20/2023 | $ 52.42 | Geoffrey Smith, MD | Witness fees for Trial - $40 + $.575 * 21.6 miles (Sent FedEx) |
| 4/20/2023 | $ 47.53 | Antoinette Narcisse | Witness fees for Trial - $40 + $.575 * 13.1 miles |
| 4/20/2023 | $ 52.65 | Keith Thurman | Witness fees for Trial - $40 + $.575 * 22 miles |
| 4/20/2023 | $ 36.92 | Fedex | Overnight Trial Subpoena & Witness Check to Burston |
| 4/20/2023 | $ 36.92 | Fedex | Overnight Trial Subpoena & Witness Check to Mosley-Davis |
| 4/20/2023 | $ 36.92 | Fedex | Overnight Trial Subpoena & Witness Check to W. Johnson |
| 4/20/2023 | $ 36.92 | Fedex | Overnight Trial Subpoena & Witness Check to Narcisse |
| 4/20/2023 | $ 43.35 | Fedex | Overnight Trial Subpoena & Witness Check to Ward |
| 4/20/2023 | $ 29.68 | Fedex | Overnight Trial Subpoena & Witness Check to Geoffrey Smith MD |
| 4/24/2023 | $ 42.86 | ClashGraphics | Trial photo tests |
| 5/1/2023 | $ 635.00 | SunTrust | Accrued Interest Expense April 2023 |
| 5/1/2023 | $ 143.10 | Pope Reporting | Dr. Geoffrey Smith Deposition |
| 5/1/2023 | $ 3,400.00 | Hoffspiegel Law LLC | Focus Group on 4/26/2 |
| 5/1/2023 | $ 8.10 | Stamps | Check to Hoffspiegel |
| 5/4/2023 | $ 195.89 | Westlaw | April 2023 Westlaw Charges |
| 5/4/2023 | $ 40.00 | TLO | April 2023 TLO Charges |
| 5/10/2023 | $ 475.00 | Gibbs | Service on Trial Witnesses |
| 5/11/2023 | $ 6.00 | RLF | Parking validation for dropping off/copying Quanisha's school records |
| 6/2/2023 | $ 844.43 | SunTrust | Accrued Interest Expense May 2023 |
| 6/2/2023 | $ 56.80 | Westlaw | May 2023 Westlaw Charges |
| 6/2/2023 | $ 5.00 | TLO | May 2023 TLO Charges |
| 6/9/2023 | $ 7,028.23 | Young Moore & Henderson | Legal Services in 2020 for Pebbles McClain |
| 6/9/2023 | $ 7,714.40 | Barnes & Thornburg | Legal Services |
| 7/5/2023 | $ 805.75 | SunTrust | Accrued Interest Expense June 2023 |
| 7/5/2023 | $ 39.74 | Westlaw | June 2023 Westlaw Charges |
| 8/4/2023 | $ 840.75 | SunTrust | Accrued Interest Expense July 2023 |
| 8/24/2023 | $ 7,419.00 | Barnes & Thornburg | Legal Services |
| 8/24/2023 | $ 17,484.40 | Barnes & Thornburg | Legal Services |
| 8/24/2023 | $ 21,742.50 | Barnes & Thornburg | Legal Services |
| 8/24/2023 | $ 637.20 | Barnes & Thornburg | Legal Services |

$ 166,096.34