# STATE OF NORTH CAROLINA

**FILED**

Wake County

File No. **20-E-536**

In The General Court Of Justice
Superior Court Division Before The Clerk

## IN THE MATTER OF THE ESTATE OF

2021 APR 27 P 1: 43

**ACCOUNT**

☒ ANNUAL  ☐ FINAL

G.S. 28A-21-1, -21-2, -21-3, -23-1; 35A-1264, -1266

*Name*
Isaiah Jacob Alexander Frazier

☐ Deceased  ☒ Minor  ☐ Adult Ward  ☐ Trust

I, the undersigned representative, being first duly sworn, say that the following is a complete and accurate account of my receipts, disbursements and other transactions as representative of this estate or trust.

*Date Of Death*

NOTE: *If Date Of Death is prior to January 1, 2013, do not use this version of the form. Instead, use the Rev. 12/17 version of the form.*

| *Accounting Period From* | *Extending To* |
| March 10, 2020 | March 9, 2021 |

### PART I. SUMMARY

| | | |
|---|---|---:|
| 1. Subtotal Personal Property on Inventory or Subtotal Personal Property Held/Invested as Shown on Last Account | $ | 0.00 |
| 2. Minus Loss from Sale of Personal Property when Compared to Value Listed on Inventory or Prior Account | – $ | |
| *(Include or attach explanation.)* | $ | 0.00 |
| 3. **SUBTOTAL** | + $ | 0.00 |
| 4. Plus Total Receipts as Shown on Reverse [Part III.] *(costs apply to this amount)* | $ | 0.00 |
| 5. **TOTAL ASSETS** | – $ | 0.00 |
| 6. Minus Disbursements (Debts or Expenses) as Shown on Reverse [Part IV.] | $ | 0.00 |
| 7. **SUBTOTAL** | – $ | 0.00 |
| 8. Minus Distributions (Inheritance to Heirs) as Shown on Reverse [Part V.] *(When filing Final Account, this should equal zero.)* | $ | 0.00 |
| 9. BALANCE AT END OF ACCOUNTING PERIOD | | |

### PART II. BALANCE HELD OR INVESTED

*(Complete ONLY when filing an Annual Account with assets remaining in the Estate.)*

| | Account No. | Balance |
|---|---|---:|
| 1. On Deposit in Banks, etc. | | $ |
| | | $ |
| | | $ |
| 2. Invested in Securities, etc. | | $ |
| 3. Tangible Personal Property | | $ |
| 4. **SUBTOTAL - PERSONAL PROPERTY** | | |
| 5. Real Estate Willed to the Estate and Not Sold *(fair market value at date of death)* | $ | |
| 6. Real Estate Acquired by the Estate Under G.S. 28A-15-1 | | $ |
| 7. Other | | $ 0.00 |

**TOTAL BALANCE HELD OR INVESTED** *(Must equal Balance shown in Part I. above)* ▶ $ 0.00

| *Name And Address Of Fiduciary*  ☒ Change of Address | *Name And Address Of Co-Fiduciary*  ☐ Change of Address |
|---|---|
| Pebbles McClain 3135 Tryon Road Raleigh  NC  27603 | |
| *Signature Of Fiduciary* | *Signature Of Co-Fiduciary* |
| *Title* General Guardian | *Title* |

| SWORN/AFFIRMED AND SUBSCRIBED BEFORE ME | SWORN/AFFIRMED AND SUBSCRIBED BEFORE ME |
|---|---|
| *Date* | *Date* |
| *Signature Of Person Authorized To Administer Oaths* Pebbles McClain | *Signature Of Person Authorized To Administer Oaths* |
| ☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court |
| *Date Commission Expires*  ☐ Notary | *Date Commission Expires*  ☐ Notary |
| *County Where Notarized* Wake County  **SEAL** | *County Where Notarized*  **SEAL** |

### OUTCOME OF AUDIT BY CLERK AND ORDER

Bond? ☒ Yes, reviewed.  ☐ Not applicable.

☒ The above account has been audited by me and the vouchers or verified proofs submitted in support were examined. The account is ☐ approved ☐ disapproved

☐ As this is the final account, the fiduciary is discharged.

| *Date* 6/14/2021 | *Signature* | | ☒ Assistant CSC  ☐ Clerk Of Superior Court |
|---|---|---|---|

*(Over)*

## PART III. RECEIPTS

NOTES: 1. Rent from real property not willed to the estate goes to the heirs and is not a receipt of the estate.
2. List loans to the estate for the purpose of paying claims.
3. If a sale of personal property results in a gain over the value listed on the Inventory (AOC-E-505), list the gain as a receipt. If a sale results in a loss as compared to the value listed on the Inventory, report the loss on Side One, Part I of this form.
4. Do not report, as a receipt, changes in value (when compared to the value listed in the Inventory) of items which have not been sold.
5. If any real property willed to the estate has been sold, report the entire proceeds as a receipt.
6. If any real property willed to the estate has been sold in a special proceeding to create assets with which to pay claims of the estate, report as a receipt only that portion of the proceeds received from the Commissioners (the balance not needed to pay claims of the estate is distributed in the special proceeding).

| Date | Received From | Description | Amount Or Value |
|---|---|---|---|
| | | | $ |
| | None | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | Sum Total From Attachment(s), If Any | $ |
|---|---|---|
NOTE: The AOC-E-506 Part III Continuation may be used as an attachment. | TOTAL PART III. ▶ $ | 0.00

## PART IV. DISBURSEMENTS *(Debts or Administrative Expenses)*

NOTES: 1. Disbursements are expenditures of and for the estate and do not include expenses regarding real property not willed to the estate.
2. List payments to creditors out of loans to the estate, or reimbursements by the estate to persons who had directly paid creditors of the estate.
3. Provide copies of receipts, cancelled or imaged checks, or other satisfactory detailed proof of payments.

| Date | Paid Or Disbursed To | Description | Amount Or Value |
|---|---|---|---|
| | | | $ |
| | None | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | Sum Total From Attachment(s), If Any | $ |
|---|---|---|
NOTE: The AOC-E-506 Part IV Continuation may be used as an attachment. | TOTAL PART IV. ▶ $ | 0.00

## PART V. DISTRIBUTIONS *(Inheritance to Heirs)*

NOTES: 1. Provide copies of receipts, cancelled or imaged checks, or other satisfactory detailed proof of delivery or distribution. Do not include unrealized gain or loss amounts in
2. Attach itemized description of unrealized gains or losses or assets not sold but distributed. Total Part V.

| Date | Distributed To | Amount |
|---|---|---|
| | | $ |
| | None | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | Sum Total From Attachment(s), If Any | $ |
|---|---|---|
NOTE: The AOC-E-506 Part V Continuation may be used as an attachment. | TOTAL PART V. ▶ $ | 0.00

AOC-E-506, Side Two, Rev. 5/19
© 2019 Administrative Office of the Courts

Isaiah Jacob Alexander Frazier Guardianship
Wake County
Estate File no. 20-E-536

## Affirmation Attachment to the
## First Annual Accounting

I affirm, under the penalties for perjury, that the foregoing representations are true.

Isaiah Jacob Alexander Frazier Guardianship

4/14/2021
Date

By: Peebles McClain, General Guardian

*5248467/001780.000003*

# STATE OF NORTH CAROLINA

Wake County

**FILED**

2021 APR 27 P 1: 45

WAKE COUNTY, C.S.C.

File No. **20-E-535**

In The General Court Of Justice
Superior Court Division Before The Clerk

## IN THE MATTER OF THE ESTATE OF

**Name**
Julian Bryce Keshon Frazier

☐ Deceased ☒ Minor ☐ Adult Ward ☐ Trust

## ACCOUNT

☒ ANNUAL ☐ FINAL

G.S. 28A-21-1, -21-2, -21-3, -23-1; 35A-1264, -1266

I, the undersigned representative, being first duly sworn, say that the following is a complete and accurate account of my receipts, disbursements and other transactions as representative of this estate or trust.

| Accounting Period From | Extending To | Date Of Death | NOTE: If Date Of Death is prior to January 1, 2013, do not use this version of the form. Instead, use the Rev. 12/17 version of the form. |
|---|---|---|---|
| March 10, 2020 | March 9, 2021 | | |

### PART I. SUMMARY

| | | |
|---|---|---|
| 1. Subtotal Personal Property on Inventory or Subtotal Personal Property Held/Invested as Shown on Last Account | $ | 0.00 |
| 2. Minus Loss from Sale of Personal Property when Compared to Value Listed on Inventory or Prior Account (Include or attach explanation.) _____ | − $ | |
| 3. **SUBTOTAL** | $ | 0.00 |
| 4. Plus Total Receipts as Shown on Reverse [Part III.] (costs apply to this amount) | + $ | 0.00 |
| 5. **TOTAL ASSETS** | $ | 0.00 |
| 6. Minus Disbursements (Debts or Expenses) as Shown on Reverse [Part IV.] | − $ | 0.00 |
| 7. **SUBTOTAL** | $ | 0.00 |
| 8. Minus Distributions (Inheritance to Heirs) as Shown on Reverse [Part V.] | − $ | 0.00 |
| 9. **BALANCE AT END OF ACCOUNTING PERIOD** (When filing Final Account, this should equal zero.) | $ | 0.00 |

### PART II. BALANCE HELD OR INVESTED

(Complete ONLY when filing an Annual Account with assets remaining in the Estate.)

| | Account No. | Balance |
|---|---|---|
| 1. On Deposit in Banks, etc. | | $ |
| | | $ |
| | | $ |
| | | $ |
| 2. Invested in Securities, etc. | | $ |
| 3. Tangible Personal Property | | $ |
| 4. **SUBTOTAL - PERSONAL PROPERTY** | | $ |
| 5. Real Estate Willed to the Estate and Not Sold (fair market value at date of death) | $ | |
| 6. Real Estate Acquired by the Estate Under G.S. 28A-15-1 | | $ |
| 7. Other | | $ |
| **TOTAL BALANCE HELD OR INVESTED** (Must equal Balance shown in Part I. above) ▶ | | $ 0.00 |

| Name And Address Of Fiduciary ☒ Change Of Address | Name And Address Of Co-Fiduciary ☐ Change Of Address |
|---|---|
| Pebbles McClain<br>3135 Tryon Road<br><br>Raleigh NC 27603 | |

| Signature Of Fiduciary | Title General Guardian | Signature Of Co-Fiduciary | Title |
|---|---|---|---|

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME |
|---|---|
| Date | Signature Of Person Authorized To Administer Oaths *Pebbles McClain* | Date | Signature Of Person Authorized To Administer Oaths |
| ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |
| Date Commission Expires ☐ Notary | Date Commission Expires ☐ Notary |
| County Where Notarized Wake County **SEAL** | County Where Notarized **SEAL** |

### OUTCOME OF AUDIT BY CLERK AND ORDER

Bond? ☒ Yes, reviewed. ☐ Not applicable.

☒ The above account has been audited by me and the vouchers or verified proofs submitted in support were examined. The account is ☒ approved ☐ disapproved _____

☐ As this is the final account, the fiduciary is discharged.

| Date 04/7/2021 | Signature | | ☒ Assistant CSC |
|---|---|---|---|
| | | (Over) | ☐ Clerk Of Superior Court |

AOC-E-506, Rev. 5/19
© 2019 Administrative Office of the Courts

## PART III. RECEIPTS

**NOTES:**
1. *Rent from real property not willed to the estate goes to the heirs and is not a receipt of the estate.*
2. *List loans to the estate for the purpose of paying claims.*
3. *If a sale of personal property results in a gain over the value listed on the Inventory (AOC-E-505), list the gain as a receipt. If a sale results in a loss as compared to the value listed on the Inventory, report the loss on Side One, Part I of this form.*
4. *Do not report, as a receipt, changes in value (when compared to the value listed in the Inventory) of items which have not been sold.*
5. *If any real property willed to the estate has been sold, report the entire proceeds as a receipt.*
6. *If any real property not willed to the estate has been sold in a special proceeding to create assets with which to pay claims of the estate, report as a receipt only that portion of the proceeds received from the Commissioners (the balance not needed to pay claims of the estate is distributed in the special proceeding).*

| Date | Received From | Description | Amount Or Value |
|------|---------------|-------------|-----------------|
|      | None          |             | $               |
|      |               |             |                 |
|      |               |             |                 |
|      |               |             |                 |
|      |               |             |                 |
|      |               |             |                 |
|      |               |             |                 |
|      |               |             |                 |
|      |               |             |                 |

**NOTE:** *The AOC-E-506 Part III Continuation may be used as an attachment.* | **Sum Total From Attachment(s), If Any** | $ |
| | **TOTAL PART III.** ▶ | $ | 0.00 |

## PART IV. DISBURSEMENTS *(Debts or Administrative Expenses)*

**NOTES:**
1. *Disbursements are expenditures of and for the estate and do not include expenses regarding real property not willed to the estate.*
2. *List payments to creditors out of loans to the estate, or reimbursements by the estate to persons who had directly paid creditors of the estate.*
3. *Provide copies of receipts, cancelled or imaged checks, or other satisfactory detailed proof of payments.*

| Date | Paid Or Disbursed To | Description | Amount Or Value |
|------|----------------------|-------------|-----------------|
|      | None                 |             | $               |
|      |                      |             |                 |
|      |                      |             |                 |
|      |                      |             |                 |
|      |                      |             |                 |
|      |                      |             |                 |
|      |                      |             |                 |
|      |                      |             |                 |
|      |                      |             |                 |

**NOTE:** *The AOC-E-506 Part IV Continuation may be used as an attachment.* | **Sum Total From Attachment(s), If Any** | $ |
| | **TOTAL PART IV.** ▶ | $ | 0.00 |

## PART V. DISTRIBUTIONS *(Inheritance to Heirs)*

**NOTES:**
1. *Provide copies of receipts, cancelled or imaged checks, or other satisfactory detailed proof of delivery or distribution.*
2. *Attach itemized description of unrealized gains or losses or assets not sold but distributed. Do not include unrealized gain or loss amounts in Total Part V.*

| Date | Distributed To | Amount |
|------|----------------|--------|
|      | None           | $      |
|      |                |        |
|      |                |        |
|      |                |        |
|      |                |        |
|      |                |        |
|      |                |        |
|      |                |        |
|      |                |        |

**NOTE:** *The AOC-E-506 Part V Continuation may be used as an attachment.* | **Sum Total From Attachment(s), If Any** | $ |
| | **TOTAL PART V.** ▶ | $ | 0.00 |

AOC-E-506, Side Two, Rev. 5/19
© 2019 Administrative Office of the Courts

Julian Bryce Keshon Frazier Guardianship
Wake County
Estate File no. 20-E-535

### Affirmation Attachment to the
### First Annual Accounting

I affirm, under the penalties for perjury, that the foregoing representations are true.

Julian Bryce Keshon Frazier Guardianship

4/14/2021
_____
Date

_____
By: Peebles McClain, General Guardian

*5248469/001780.000003*

# STATE OF NORTH CAROLINA

Wake _____ County

File No.

20-E-536

In The General Court Of Justice
Superior Court Division Before The Clerk

## IN THE MATTER OF THE ESTATE OF

Name
Isaiah Jacob Alexander Frazier

☐ Deceased   ☒ Minor   ☐ Adult Ward   ☐ Trust

2022 MAR 18 P [ ]

WAKE COUNTY

## ACCOUNT

☒ ANNUAL   ☐ FINAL

G.S. 28A-21-1, -21-2, -21-3, -23-1; 35A-1264, -1266

I, the undersigned representative, being first duly sworn, say that the following is a complete and accurate account of my receipts, disbursements and other transactions as representative of this estate or trust.

| Accounting Period From | Extending To | Date Of Death | NOTE: If Date Of Death is prior to January 1, 2013, do not use this version of the form. Instead, use the Rev. 12/17 version of the form. |
|---|---|---|---|
| March 10, 2021 | March 9, 2022 | | |

### PART I. SUMMARY

| | | |
|---|---|---:|
| 1. Subtotal Personal Property on Inventory or Subtotal Personal Property Held/Invested as Shown on Last Account | $ | 0.00 |
| 2. Minus Loss from Sale of Personal Property when Compared to Value Listed on Inventory or Prior Account *(Include or attach explanation.)* _____ | – $ | |
| 3. **SUBTOTAL** | $ | 0.00 |
| 4. Plus Total Receipts as Shown on Reverse [Part III.] *(costs apply to this amount)* | + $ | 0.00 |
| 5. **TOTAL ASSETS** | $ | 0.00 |
| 6. Minus Disbursements (Debts or Expenses) as Shown on Reverse [Part IV.] | – $ | 0.00 |
| 7. **SUBTOTAL** | $ | 0.00 |
| 8. Minus Distributions (Inheritance to Heirs) as Shown on Reverse [Part V.] | – $ | 0.00 |
| 9. **BALANCE AT END OF ACCOUNTING PERIOD** *(When filing Final Account, this should equal zero.)* | $ | 0.00 |

### PART II. BALANCE HELD OR INVESTED

*(Complete ONLY when filing an Annual Account with assets remaining in the Estate.)*

| | Account No. | Balance |
|---|---|---|
| 1. On Deposit in Banks, etc. | | $ |
| | | $ |
| | | $ |
| 2. Invested in Securities, etc. | | $ |
| 3. Tangible Personal Property | | $ |
| 4. **SUBTOTAL - PERSONAL PROPERTY** | | $ |
| 5. Real Estate Willed to the Estate and Not Sold *(fair market value at date of death)* | $ | |
| 6. Real Estate Acquired by the Estate Under G.S. 28A-15-1 | | $ |
| 7. Other | | $ |
| **TOTAL BALANCE HELD OR INVESTED** *(Must equal Balance shown in Part I. above)* ▶ | | $ 0.00 |

| Name And Address Of Fiduciary   ☐ Change Of Address | Name And Address Of Co-Fiduciary   ☐ Change Of Address |
|---|---|
| Pebbles McClain<br>3135 Tryon Road<br><br>Raleigh                    NC    27603 | |
| Signature Of Fiduciary | Title  General Guardian | Signature Of Co-Fiduciary | Title |

### SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME

Date
3-15-22

Signature Of Person Authorized To Administer Oaths

☒ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

Date Commission Expires
1-28-2023

☐ Notary

County Where Notarized
Wake County

### SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME

Signature Of Person Authorized To Administer Oaths

☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

Date Commission Expires

☐ Notary

County Where Notarized

**SEAL**

### OUTCOME OF AUDIT BY CLERK AND ORDER

Bond? ☒ Yes, reviewed.   ☐ Not applicable.

☒ The above account has been audited by me and the vouchers or verified proofs submitted in support were examined. The account is ☒ approved   ☐ disapproved

☐ As this is the final account, the fiduciary is discharged.

| Date  5/25/2022 | Signature | ☒ Assistant CSC |
|---|---|---|
| | (Over) | ☐ Clerk Of Superior Court |

AOC-E-506, Rev. 5/19
© 2019 Administrative Office of the Courts

## PART III. RECEIPTS

NOTES: 1. Rent from real property not willed to the estate goes to the heirs and is not a receipt of the estate.
2. List loans to the estate for the purpose of paying claims. If a sale results in a gain over the value listed on the Inventory (AOC-E-505), list the gain as a receipt. If a sale results in a loss as compared to the value listed on the Inventory, report the loss on Side One, Part I of this form.
3. If a sale of personal property results in a gain over the value listed on the Inventory (AOC-E-505), list the gain as a receipt. If a sale results in a loss as compared to the value listed on the Inventory, report the loss on Side One, Part I of this form.
4. Do not report, as a receipt, changes in value (when compared to the value listed in the Inventory) of items which have not been sold.
5. If any real property willed to the estate has been sold, report the entire proceeds as a receipt.
6. If any real property not willed to the estate has been sold in a special proceeding to create assets with which to pay claims of the estate, report as a receipt only that portion of the proceeds received from the Commissioners (the balance not needed to pay claims of the estate is distributed in the special proceeding).

| Date | Received From | Description | Amount Or Value |
|------|---------------|-------------|-----------------|
|      | None          | $           |                 |
|      |               |             |                 |
|      |               |             |                 |
|      |               |             |                 |
|      |               |             |                 |
|      |               |             |                 |
|      |               |             |                 |
|      |               | Sum Total From Attachment(s), If Any | $ |

NOTE: *The AOC-E-506 Part III Continuation may be used as an attachment.*      **TOTAL PART III.** ▶ $ 0.00

## PART IV. DISBURSEMENTS *(Debts or Administrative Expenses)*

NOTES: 1. Disbursements are expenditures of and for the estate and do not include expenses regarding real property not willed to the estate.
2. List payments to creditors out of loans to the estate, or reimbursements by the estate to persons who had directly paid creditors of the estate.
3. Provide copies of receipts, cancelled or imaged checks, or other satisfactory detailed proof of payments.

| Date | Paid Or Disbursed To | Description | Amount Or Value |
|------|----------------------|-------------|-----------------|
|      | None                 | $           |                 |
|      |                      |             |                 |
|      |                      |             |                 |
|      |                      |             |                 |
|      |                      |             |                 |
|      |                      |             |                 |
|      |                      |             |                 |
|      |                      | Sum Total From Attachment(s), If Any | $ |

NOTE: *The AOC-E-506 Part IV Continuation may be used as an attachment.*      **TOTAL PART IV.** ▶ $ 0.00

## PART V. DISTRIBUTIONS *(Inheritance to Heirs)*

NOTES: 1. Provide copies of receipts, cancelled or imaged checks, or other satisfactory detailed proof of delivery or distribution. Do not include unrealized gain or loss amounts in Total Part V.
2. Attach itemized description of unrealized gains or losses or assets not sold but distributed. Do not include unrealized gain or loss amounts in Total Part V.

| Date | Distributed To | Amount |
|------|----------------|--------|
|      | None           | $      |
|      |                |        |
|      |                |        |
|      |                |        |
|      |                |        |
|      |                |        |
|      |                |        |
|      | Sum Total From Attachment(s), If Any | $ |

NOTE: *The AOC-E-506 Part V Continuation may be used as an attachment.*      **TOTAL PART V.** ▶ $ 0.00

## STATE OF NORTH CAROLINA

_____ Wake _____ County

File No.

20-E-535

In The General Court Of Justice
Superior Court Division Before The Clerk

### IN THE MATTER OF THE ESTATE OF

*Name*
Julian Bryce Keshon Frazier

☐ Deceased   ☒ Minor   ☐ Adult Ward   ☐ Trust

I, the undersigned representative, being first duly sworn, say that the following is a complete and accurate account of my receipts, disbursements and other transactions as representative of this estate or trust.

*Accounting Period From*
March 10, 2021

*Extending To*
March 9, 2022

*Date Of Death*

### ACCOUNT

☒ ANNUAL   ☐ FINAL

G.S. 28A-21-1, -21-2, -21-3, -23-1; 35A-1264, -1266

**NOTE:** *If Date Of Death is prior to January 1, 2013, do not use this version of the form. Instead, use the Rev. 12/17 version of the form.*

### PART I. SUMMARY

| | | | |
|---|---|---|---|
| 1. Subtotal Personal Property on Inventory or Subtotal Personal Property Held/Invested as Shown on Last Account | | $ | 0.00 |
| 2. Minus Loss from Sale of Personal Property when Compared to Value Listed on Inventory or Prior Account *(Include or attach explanation.)* _____ | – | $ | |
| 3. **SUBTOTAL** | | $ | 0.00 |
| 4. Plus Total Receipts as Shown on Reverse [Part III.]  *(costs apply to this amount)* | + | $ | 0.00 |
| 5. **TOTAL ASSETS** | | $ | 0.00 |
| 6. Minus Disbursements (Debts or Expenses) as Shown on Reverse [Part IV.] | – | $ | 0.00 |
| 7. **SUBTOTAL** | | $ | 0.00 |
| 8. Minus Distributions (Inheritance to Heirs) as Shown on Reverse [Part V.] | – | $ | 0.00 |
| 9. **BALANCE AT END OF ACCOUNTING PERIOD** *(When filing Final Account, this should equal zero.)* | | $ | 0.00 |

### PART II. BALANCE HELD OR INVESTED

*(Complete ONLY when filing an Annual Account with assets remaining in the Estate.)*

| | Account No. | Balance |
|---|---|---|
| 1. On Deposit in Banks, etc. | | $ |
| | | $ |
| | | $ |
| | | $ |
| 2. Invested in Securities, etc. | | $ |
| 3. Tangible Personal Property | | $ |
| 4. **SUBTOTAL - PERSONAL PROPERTY** | | $ |
| 5. Real Estate Willed to the Estate and Not Sold *(fair market value at date of death)* | $ | |
| 6. Real Estate Acquired by the Estate Under G.S. 28A-15-1 | | $ |
| 7. Other | | $ |
| **TOTAL BALANCE HELD OR INVESTED** *(Must equal Balance shown in Part I. above)* ▶ | | $ 0.00 |

*Name And Address Of Fiduciary*   ☐ Change Of Address
Pebbles McClain
3135 Tryon Road

Raleigh                    NC    27603

*Signature Of Fiduciary*

*Title*
General Guardian

*Name And Address Of Co-Fiduciary*   ☐ Change Of Address

*Signature Of Co-Fiduciary*

*Title*

**SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME**

*Date*
3-15-22

*Signature Of Person Authorized To Administer Oaths*

☒ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

*Date Commission Expires*
9-20-2023

☒ Notary

*County Where Notarized*
Wake County

SEAL

**SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME**

*Signature Of Person Authorized To Administer Oaths*

☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

*Date Commission Expires*

☐ Notary

*County Where Notarized*

SEAL

### OUTCOME OF AUDIT BY CLERK AND ORDER

Bond? ☒ Yes, reviewed.   ☐ Not applicable.

☒ The above account has been audited by me and the vouchers or verified proofs submitted in support were examined. The account
is  ☒ approved   ☐ disapproved   _____

☐ As this is the final account, the fiduciary is discharged.

*Date*
5/25/2022

*Signature*

☒ Assistant CSC
☐ Clerk Of Superior Court

AOC-E-506, Rev. 5/19

© 2019 Administrative Office of the Courts

*(Over)*

## PART III. RECEIPTS

NOTES: 1. Rent from real property not willed to the estate goes to the heirs and is not a receipt of the estate.
2. List loans to the estate for the purpose of paying claims.
3. If a sale of personal property results in a gain over the value listed on the Inventory (AOC-E-505), list the gain as a receipt. If a sale results in a loss as compared to the value listed on the Inventory, report the loss on Side One, Part I of this form.
4. Do not report, as a receipt, changes in value (when compared to the value listed in the Inventory) of items which have not been sold.
5. If any real property willed to the estate has been sold, report the entire proceeds as a receipt.
6. If any real property not willed to the estate has been sold in a special proceeding to create assets with which to pay claims of the estate, report as a receipt only that portion of the proceeds received from the Commissioners (the balance not needed to pay claims of the estate is distributed in the special proceeding).

| Date | Received From | Description | Amount Or Value |
|------|---------------|-------------|-----------------|
|  | None |  | $ |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

NOTE: The AOC-E-506 Part III Continuation may be used as an attachment. Sum Total From Attachment(s), If Any $

TOTAL PART III. ▶ $ 0.00

## PART IV. DISBURSEMENTS (Debts or Administrative Expenses)

NOTES: 1. Disbursements are expenditures of and for the estate and do not include expenses regarding real property not willed to the estate.
2. List payments to creditors out of loans to the estate, or reimbursements by the estate to persons who had directly paid creditors of the estate.
3. Provide copies of receipts, cancelled or imaged checks, or other satisfactory detailed proof of payments.

| Date | Paid Or Disbursed To | Description | Amount Or Value |
|------|----------------------|-------------|-----------------|
|  | None |  | $ |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

NOTE: The AOC-E-506 Part IV Continuation may be used as an attachment. Sum Total From Attachment(s), If Any $

TOTAL PART IV. ▶ $ 0.00

## PART V. DISTRIBUTIONS (Inheritance to Heirs)

NOTES: 1. Provide copies of receipts, cancelled or imaged checks, or other satisfactory detailed proof of delivery or distribution.
2. Attach itemized description of unrealized gains or losses or assets not sold but distributed. Do not include unrealized gain or loss amounts in Total Part V.

| Date | Distributed To | Amount |
|------|----------------|--------|
|  | None | $ |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

NOTE: The AOC-E-506 Part V Continuation may be used as an attachment. Sum Total From Attachment(s), If Any $

TOTAL PART V. ▶ $ 0.00

AOC-E-506, Side Two, Rev. 5/19
© 2019 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

_____Wake_____ County

FILED
DATE: March 23, 2023
TIME: 9:28:26 AM
WAKE COUNTY
CLERK OF SUPERIOR COURT
BY: CF

| | File No. |
|---|---|
| | 20E000536-910 |

In The General Court Of Justice
Superior Court Division Before The Clerk

## IN THE MATTER OF THE ESTATE OF

**ACCOUNT**

*Name*
Isaiah Jacob Alexander Frazier

☒ **ANNUAL**  ☐ **FINAL**

☐ Deceased  ☒ Minor  ☐ Adult Ward  ☐ Trust

G.S. 28A-21-1, -21-2, -21-3, -23-1; 35A-1264, -1266

I, the undersigned representative, being first duly sworn, say that the following is a complete and accurate account of my receipts, disbursements and other transactions as representative of this estate or trust.

| Accounting Period From | Extending To | Date Of Death | NOTE: If Date Of Death is prior to January 1, 2013, do not use this version of the form. Instead, use the Rev. 12/17 version of the form. |
|---|---|---|---|
| March 10, 2022 | March 9, 2023 | | |

### PART I. SUMMARY

| | | | |
|---|---|---|---|
| 1. Subtotal Personal Property on Inventory or Subtotal Personal Property Held/Invested as Shown on Last Account | | $ | 0.00 |
| 2. Minus Loss from Sale of Personal Property when Compared to Value Listed on Inventory or Prior Account *(Include or attach explanation.)* _____ | − | $ | 0.00 |
| 3. **SUBTOTAL** | | $ | 0.00 |
| 4. Plus Total Receipts as Shown on Reverse [Part III.] *(costs apply to this amount)* | + | $ | 0.00 |
| 5. **TOTAL ASSETS** | | $ | 0.00 |
| 6. Minus Disbursements (Debts or Expenses) as Shown on Reverse [Part IV.] | − | $ | 0.00 |
| 7. **SUBTOTAL** | | $ | 0.00 |
| 8. Minus Distributions (Inheritance to Heirs) as Shown on Reverse [Part V.] | − | $ | 0.00 |
| 9. **BALANCE AT END OF ACCOUNTING PERIOD** *(When filing Final Account, this should equal zero.)* | | $ | 0.00 |

### PART II. BALANCE HELD OR INVESTED

*(Complete ONLY when filing an Annual Account with assets remaining in the Estate. Do not list account nos.)*

| | Balance |
|---|---|
| 1. On Deposit in Banks, etc. | |
| Guardianship of minor being held open pending resolution of wrongful death matter | $ |
| | $ |
| | $ |
| 2. Invested in Securities, etc. | $ |
| 3. Tangible Personal Property | $ |
| 4. **SUBTOTAL - PERSONAL PROPERTY** | $ |
| 5. Real Estate Willed to the Estate and Not Sold *(fair market value at date of death)* $ | |
| 6. Real Estate Acquired by the Estate Under G.S. 28A-15-1 | $ |
| 7. Other | $ |
| **TOTAL BALANCE HELD OR INVESTED** *(Must equal Balance shown in Part I. above)* ▶ | $ 0.00 |

| Name And Address Of Fiduciary  ☐ Change Of Address | Name And Address Of Co-Fiduciary  ☐ Change Of Address |
|---|---|
| Pebbles McClain
3135 Tryon Road

Raleigh                    NC      27603 | |

| Signature Of Fiduciary | Title | Signature Of Co-Fiduciary | Title |
|---|---|---|---|
| *Pebbles McClain* | General Guardian | | |

**SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME** | **SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME**

| Date 3-15-23 | Signature Of Person Authorized To Administer Oaths *Brenda Carey* | Date | Signature Of Person Authorized To Administer Oaths |
|---|---|---|---|
| ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | |
| Date Commission Expires 1-26-2023 | | Date Commission Expires | ☐ Notary |
| County Where Notarized  Wake County | SEAL | County Where Notarized | SEAL |

### OUTCOME OF AUDIT BY CLERK AND ORDER

Bond?  ☒ Yes, reviewed.  ☐ Not applicable.
☒ The above account has been audited by me and the vouchers or verified proofs submitted in support were examined. The account
is  ☒ approved  ☐ disapproved
☐ As this is the final account, the fiduciary is discharged.

| Date 5/10/2023 | Signature | ☒ Assistant CSC  ☐ Clerk Of Superior Court |
|---|---|---|

AOC-E-506, Rev. 6/21
© 2021 Administrative Office of the Courts

(Over)

| PART III. RECEIPTS |
|:---:|

**NOTES:**
1. *Rent from real property not willed to the estate goes to the heirs and is not a receipt of the estate.*
2. *List loans to the estate for the purpose of paying claims.*
3. *If a sale of personal property results in a gain over the value listed on the Inventory (AOC-E-505), list the gain as a receipt. If a sale results in a loss as compared to the value listed on the Inventory, report the loss on Side One, Part I of this form.*
4. *Do not report, as a receipt, changes in value (when compared to the value listed in the Inventory) of items which have not been sold.*
5. *If any real property willed to the estate has been sold, report the entire proceeds as a receipt.*
6. *If any real property not willed to the estate has been sold in a special proceeding to create assets with which to pay claims of the estate, report as a receipt only that portion of the proceeds received from the Commissioners (the balance not needed to pay claims of the estate is distributed in the special proceeding).*

| Date | Received From | Description | Amount Or Value |
|---|---|---|---|
| | None | | $ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| **NOTE:** *The AOC-E-506 Part III Continuation may be used as an attachment.* | **Sum Total From Attachment(s), If Any** | $ |
|---|---|---|
| | **TOTAL PART III.** ▶ | $         0.00 |

| PART IV. DISBURSEMENTS *(Debts or Administrative Expenses)* |
|:---:|

**NOTES:**
1. *Disbursements are expenditures of and for the estate and do not include expenses regarding real property not willed to the estate.*
2. *List payments to creditors out of loans to the estate, or reimbursements by the estate to persons who had directly paid creditors of the estate.*
3. *Provide copies of receipts, cancelled or imaged checks, or other satisfactory detailed proof of payments.*

| Date | Paid Or Disbursed To | Description | Amount Or Value |
|---|---|---|---|
| | None | | $ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| **NOTE:** *The AOC-E-506 Part IV Continuation may be used as an attachment.* | **Sum Total From Attachment(s), If Any** | $ |
|---|---|---|
| | **TOTAL PART IV.** ▶ | $         0.00 |

| PART V. DISTRIBUTIONS *(Inheritance to Heirs)* |
|:---:|

**NOTES:**
1. *Provide copies of receipts, cancelled or imaged checks, or other satisfactory detailed proof of delivery or distribution.*
2. *Attach itemized description of unrealized gains or losses or assets not sold but distributed. Do not include unrealized gain or loss amounts in Total Part V.*

| Date | Distributed To | Amount |
|---|---|---|
| | None | $ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| **NOTE:** *The AOC-E-506 Part V Continuation may be used as an attachment.* | **Sum Total From Attachment(s), If Any** | $ |
|---|---|---|
| | **TOTAL PART V.** ▶ | $         0.00 |

AOC-E-506, Side Two, Rev. 6/21
© 2021 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

Wake _____ County

### IN THE MATTER OF THE ESTATE OF

**Name**
Julian Bryce Keshon Frazier

☐ Deceased ☒ Minor ☐ Adult Ward ☐ Trust

**FILED**
**DATE:** March 23, 2023
**TIME:** 3:15:48 PM
**WAKE COUNTY**
**CLERK OF SUPERIOR COURT**
**BY:** CF

**File No.**
20E000535-910

In The General Court Of Justice
Superior Court Division Before The Clerk

## ACCOUNT

☒ ANNUAL ☐ FINAL

G.S. 28A-21-1, -21-2, -21-3, -23-1; 35A-1264, -1266

I, the undersigned representative, being first duly sworn, say that the following is a complete and accurate account of my receipts, disbursements and other transactions as representative of this estate or trust.

| Accounting Period From | Extending To | Date Of Death | NOTE: If Date Of Death is prior to January 1, 2013, do not use this version of the form. Instead, use the Rev. 12/17 version of the form. |
|---|---|---|---|
| March 10, 2022 | March 9, 2023 | | |

### PART I. SUMMARY

| | | |
|---|---|---|
| 1. Subtotal Personal Property on Inventory or Subtotal Personal Property Held/Invested as Shown on Last Account | | $ 0.00 |
| 2. Minus Loss from Sale of Personal Property when Compared to Value Listed on Inventory or Prior Account *(Include or attach explanation.)* _____ − | $ 0.00 |
| 3. **SUBTOTAL** | | $ 0.00 |
| 4. Plus Total Receipts as Shown on Reverse [Part III.] *(costs apply to this amount)* + | $ 0.00 |
| 5. **TOTAL ASSETS** | | $ 0.00 |
| 6. Minus Disbursements (Debts or Expenses) as Shown on Reverse [Part IV.] − | $ 0.00 |
| 7. **SUBTOTAL** | | $ 0.00 |
| 8. Minus Distributions (Inheritance to Heirs) as Shown on Reverse [Part V.] − | $ 0.00 |
| 9. **BALANCE AT END OF ACCOUNTING PERIOD** *(When filing Final Account, this should equal zero.)* | $ 0.00 |

### PART II. BALANCE HELD OR INVESTED

*(Complete ONLY when filing an Annual Account with assets remaining in the Estate. Do not list account nos.)*

| | Balance |
|---|---|
| 1. On Deposit in Banks, etc. | |
|    Guardianship of minor being held open pending resolution of wrongful death matter | $ |
| | $ |
| | $ |
| 2. Invested in Securities, etc. | $ |
| 3. Tangible Personal Property | $ |
| 4. **SUBTOTAL - PERSONAL PROPERTY** | $ |
| 5. Real Estate Willed to the Estate and Not Sold *(fair market value at date of death)* | $ | $ |
| 6. Real Estate Acquired by the Estate Under G.S. 28A-15-1 | $ |
| 7. Other | $ |
| **TOTAL BALANCE HELD OR INVESTED** *(Must equal Balance shown in Part I. above)* ▶ | $ 0.00 |

| Name And Address Of Fiduciary ☐ Change Of Address | Name And Address Of Co-Fiduciary ☐ Change Of Address |
|---|---|
| Pebbles McClain<br>3135 Tryon Road<br><br>Raleigh         NC    27603 | |

| Signature Of Fiduciary *Pebbles McClain* | Title General Guardian, CA | Signature Of Co-Fiduciary | Title |
|---|---|---|---|

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME |
|---|---|
| Date 3-15-23  Signature Of Person Authorized To Administer Oaths | Date  Signature Of Person Authorized To Administer Oaths |
| ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |
| Date Commission Expires 1-20-2023 | Date Commission Expires |
| ☒ Notary | ☐ Notary |
| County Where Notarized Wake County | County Where Notarized | **SEAL** |

### OUTCOME OF AUDIT BY CLERK AND ORDER

Bond? ☒ Yes, reviewed. ☐ Not applicable.
☒ The above account has been audited by me and the vouchers or verified proofs submitted in support were examined. The account is ☒ approved ☐ disapproved _____
☐ As this is the final account, the fiduciary is discharged.

| Date 5/9/2023 | Signature | ☒ Assistant CSC |
|---|---|---|
| | | ☐ Clerk Of Superior Court |

AOC-E-506, Rev. 6/21
© 2021 Administrative Office of the Courts

*(Over)*

| PART III. RECEIPTS |
|---|

**NOTES:** 1. *Rent from real property not willed to the estate goes to the heirs and is not a receipt of the estate.*
2. *List loans to the estate for the purpose of paying claims.*
3. *If a sale of personal property results in a gain over the value listed on the Inventory (AOC-E-505), list the gain as a receipt. If a sale results in a loss as compared to the value listed on the Inventory, report the loss on Side One, Part I of this form.*
4. *Do not report, as a receipt, changes in value (when compared to the value listed in the Inventory) of items which have not been sold.*
5. *If any real property willed to the estate has been sold, report the entire proceeds as a receipt.*
6. *If any real property not willed to the estate has been sold in a special proceeding to create assets with which to pay claims of the estate, report as a receipt only that portion of the proceeds received from the Commissioners (the balance not needed to pay claims of the estate is distributed in the special proceeding).*

| Date | Received From | Description | Amount Or Value |
|---|---|---|---|
| | None | | $ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**NOTE:** *The AOC-E-506 Part III Continuation may be used as an attachment.* **Sum Total From Attachment(s), If Any** | $

**TOTAL PART III.** ▶ | $ | 0.00

| PART IV. DISBURSEMENTS *(Debts or Administrative Expenses)* |
|---|

**NOTES:** 1. *Disbursements are expenditures of and for the estate and do not include expenses regarding real property not willed to the estate.*
2. *List payments to creditors out of loans to the estate, or reimbursements by the estate to persons who had directly paid creditors of the estate.*
3. *Provide copies of receipts, cancelled or imaged checks, or other satisfactory detailed proof of payments.*

| Date | Paid Or Disbursed To | Description | Amount Or Value |
|---|---|---|---|
| | None | | $ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**NOTE:** *The AOC-E-506 Part IV Continuation may be used as an attachment.* **Sum Total From Attachment(s), If Any** | $

**TOTAL PART IV.** ▶ | $ | 0.00

| PART V. DISTRIBUTIONS *(Inheritance to Heirs)* |
|---|

**NOTES:** 1. *Provide copies of receipts, cancelled or imaged checks, or other satisfactory detailed proof of delivery or distribution.*
2. *Attach itemized description of unrealized gains or losses or assets not sold but distributed. Do not include unrealized gain or loss amounts in Total Part V.*

| Date | Distributed To | Amount |
|---|---|---|
| | None | $ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**NOTE:** *The AOC-E-506 Part V Continuation may be used as an attachment.* **Sum Total From Attachment(s), If Any** | $

**TOTAL PART V.** ▶ | $ | 0.00