IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Mildred Collins-Williams as administrator of the estate of Tijuana Frazier and as guardian and next friend of Quanisha Holt, a minor, and Pebbles McClain as guardian and next friend of Julian Frazier and Isaiah Frazier**, | Case No. 1:20-CV-03129-CAP |
| Plaintiffs, | |
| v. | **Plaintiffs' Response to Defendant's Trial Brief on Recovery of Punitive Damages** |
| **Contour Eastwyck LLC,** | |
| Defendant. | |

Pursuant to the Court's Order of February 1, 2024 [Doc. No. 321] Plaintiffs

file this response to Defendant's trial brief on punitive damages. Plaintiffs agree

with Defendant that punitive damages are not available to Plaintiffs on their

Wrongful Death claim, but disagree with Defendant that the jury is required to

award pre-death pain and suffering on the Estate claims in order to support an

award of punitive damages.

In addition to recovering for the decedent's pre-death pain and suffering,

Georgia law allows for the personal representative of the decedent's estate to

recover for the "funeral, medical, and other necessary expenses resulting from

the injury and death of the deceased person." *O.C.G.A.* § 51-4-5(b). Punitive

damages "may be awarded to the administrator of the estate in connection with

the injuries, pain and suffering of the deceased." *Donson Nursing Facilities v.*

*Dixon*, 176 Ga.App. 700 (Ga. 1985). The funeral and burial expenses sought by the

decedent's estate are the direct result of the injuries sustained by the decedent.

An award of funeral and burial expenses to the decedent's estate would be an

award of relief on the estate's underlying claims, thereby permitting a recovery

for punitive damages in connection therewith. *See OFS Fitel, LLC v. Epstein, Becker*

*& Green, P.C.*, 549 F.3d 1344, 1357 n. 8 (11th Cir. 2008) ("[U]nder Georgia law,

neither an O.C.G.A. § 13-6-11 attorney's fee claim nor an O.C.G.A. § 51-12-5.1

punitive damages claim can survive without an award of relief on an underlying

claim). Any award to the decedent's estate, whether it be for funeral and burial

expenses or for pre-death pain and suffering, would permit the decedent's estate

to recover punitive damages.


        Submitted on February 20, 2024, by:



                                              /s/ Alex J. Brown
**Rafi Law Firm LLC**                         Michael T. Rafi
1776 Peachtree Street NW                      Georgia Bar No. 127670
Suite 423-South                               Alexander J. Brown
Atlanta, GA 30309                             Georgia Bar No. 532112
404-800-9933

-3-

470-344-3425 fax
mike@rafilawfirm.com
brown@rafilawfirm.com                    **Attorneys for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Mildred Collins-Williams as administrator of the estate of Tijuana Frazier and as guardian and next friend of Quanisha Holt, a minor, and Pebbles McClain as guardian and next friend of Julian Frazier and Isaiah Frazier**, | Case No. 1:20-CV-03129-CAP |
| Plaintiffs, | **Certificate of Service and Certificate of Compliance with LR 5.1** |
| v. | |
| **Contour Eastwyck LLC**, | |
| Defendant. | |

This is to certify that I have this day filed the foregoing pleading with the Clerk

of Court using the CM/ECF system which will automatically send email

notification of such filing to the following:

Frederick N. Sager, Jr.
John M. Hawkins
Alexander H. Heydemann
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Rd., Suite 2400
Atlanta, Georgia 30326
rsager@wwhgd.com
jhawkins@wwhgd.com
aheydemann@wwhgd.com
*Attorneys for Contour Eastwyck, LLC*

I hereby certify that the foregoing pleading is prepared in compliance with

LR 5.1 and is prepared in Book Antiqua, 13 point font.


Submitted on February 20, 2024, by:


| | */s/ Alex J. Brown* |
|---|---|
| **Rafi Law Firm LLC** | Michael T. Rafi |
| 1776 Peachtree Street NW | Georgia Bar No. 127670 |
| Suite 423-South | Alexander J. Brown |
| Atlanta, GA 30309 | Georgia Bar No. 532112 |
| 404-800-9933 | |
| 470-344-3425 fax | |
| mike@rafilawfirm.com | |
| brown@rafilawfirm.com | **Attorneys for Plaintiffs** |