UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MILDRED COLLINS-WILLIAMS as administrator of the estate of TIJUANA FRAZIER and as guardian and next friend of Quanisha Holt, a minor, and Pebbles McClain as guardian and next friend of Julian Frazier and Isaiah Frazier, minor.<br><br>    Plaintiffs,<br><br>v.<br><br>CONTOUR EASTWYCK, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)  CASE NO: 1:20-CV-03129-CAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>/ |

**DEFENDANT CONTOUR EASTWYCK, LLC'S
MOTION FOR RECONSIDERATION OF THE COURT'S MARCH 14,
2024, ORDER ON PUNITIVE DAMAGES DE 337**

Defendant CONTOUR EASTWYCK, LLC ("Defendant"), pursuant to Local Rule 7.2(E), and this Court's inherent authority, hereby files its Motion for Reconsideration of the Court's March 14, 2024, Order on Punitive Damages, showing as follows:

Local Rule 7.2(E) authorizes a party to file a Motion for Reconsideration within 28 days of an Order where the party believes it is "absolutely necessary." This includes the need to "correct a clear error of law." *Bryan v. Muphy,* 246 F. Supp. 2d

1256, 1258 (N.D. Ga. 2003). Defendant respectfully submits that this Motion is necessary to correct such error.

On March 14, 2024, this Court entered an Order on Defendant's Trial Brief on the issue of punitive damages DE 337. The Court agreed with Defendant that punitive damages are not available under Plaintiffs' wrongful death claim and are only potentially recoverable in connection with the Estate's survival claim. *Id.* at 1. In that regard, the Court held that because the Estate is seeking recovery of "funeral expenses" in addition to pain and suffering that "[t]he Estate may pursue punitive damages if it receives an award of damages for funeral expenses, i.e., an injury. This is so even if the jury does not award damages for the decedent's pain and suffering." *Id.* The Court cited *Donson Nursing Facilities v. Dixon,* 176 Ga. App. 700, 701, 337 S.E.2d 351, 353 (1985) in support of its ruling.

However, while the Georgia Court of Appeals in *Donson* held that punitive damages may be pursued in connection with the Estate's claim for "injuries, pain and suffering" in connection with a survival claim, it did not by definition include "funeral expenses" as part of the "injuries" in a survival claim. This is because the Court had already determined that "funeral expenses" are *not* a component of a survival claim but are instead part of the wrongful death claim. *See Gay v. Piggly Wiggly Southern, Inc.,* 183 Ga. App. 175, 180, 358 S.E.2d 468, 473 (1987). Specifically, in analyzing the applicable statute, O.C.G.A. § 51-4-5(b), which is

2

codified as part of Georgia's Wrongful Death statute and grants the personal representative of the estate a right to recover funeral expenses, the Georgia Court of Appeals held that the right to recover funeral expenses is a wrongful death provision rather than part of the survival claim: "It is only to the extent that OCGA § 51-4-5(b) constitutes a provision of our law for liability in case of *funeral expenses* growing out *of wrongful death* that it is a true wrongful death provision rather than a mere survival statute." *Id.* (cleaned up) (citing *Davis v. Atlanta Gas Light Co.,* 82 Ga. App. 460, 467, 61 S.E.2d 510, 516 (1950)). This makes sense since funeral expenses necessarily grow out of the death of the person (compared to ante mortem medical expenses) and therefore are part of the wrongful death claim, not the survival claim. *Id.*

Accordingly, as Defendant previously briefed, absent evidence of the decedent's pre-death pain and suffering there is no basis to pursue a claim for punitive damages as a matter of law. DE 320 at 65-68. Based on the foregoing, Defendant respectfully requests that the Court reconsider its Order determining that punitive damages may be pursued where there is no evidence of conscious pain and suffering because, as shown, funeral expenses are part of a wrongful death claim, not the Estate's survival claim.

Respectfully submitted this 14th day of March, 2024.

**WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL**

 */s/ Frederick N. Sager, Jr.*
Frederick N. Sager, Jr.
Georgia Bar No. 622070
John M. Hawkins
Georgia Bar No. 338698
Alexander Heydemann
Georgia Bar No. 148511
*Counsel for Contour Eastwyck, LLC*

3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326
404.876.2700 Office
404.875.9433 Facsimile
rsager@wwhgd.com
jhawkins@wwhgd.com
aheydemann@wwhgd.com

<u>RULE 7.1D CERTIFICATE OF TYPE, FORMAT AND FONT SIZE</u>

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14 point size.

This 14th day of March, 2024.

        WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

        By: <u>*/s/ Frederick N. Sager, Jr.*</u>
           Frederick N. Sager, Jr.
           Georgia Bar No. 622070
           John M. Hawkins
           Georgia Bar No. 338698
           Alexander Heydemann
           Georgia Bar No. 148511
           *Attorneys for Contour Eastwyck, LLC*

3344 Peachtree Road, NE, Suite 2400
Atlanta, Georgia 30326
404.876.2700 Office
404.875.9433 Facsimile
rsager@wwhgd.com
jhawkins@wwhgd.com
aheydemann@wwhgd.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing on all parties in the foregoing matter via CM/ECF e-filing, to wit:

Michael T. Rafi, Esq.
Alexander J. Brown, Esq.
RAFI LAW FIRM, LLC
1776 Peachtree Road NW
Suite 423-South
Atlanta, Georgia 30309
mike@rafilawfirm.com
brown@rafilawfirm.com

This 14th day of March, 2024.

            WEINBERG WHEELER HUDGINS
            GUNN & DIAL, LLC

            */s/ Frederick N. Sager, Jr.*
            Frederick N. Sager, Jr., Esq.
            Georgia Bar No. 622070
            John M. Hawkins, Esq.
            Georgia Bar No. 338698
            Alexander Heydemann
            Georgia Bar No. 148511
            *Attorneys for Contour Eastwyck, LLC*

3344 Peachtree Road, N.E., Suite 2400
Atlanta, GA  30326
(404) 876-2700/*fax* (404) 875-9433
rsager@wwhgd.com
jhawkins@wwhgd.com
aheydemann@wwhgd.com