UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MILDRED COLLIN-WILLIAMS as administrator of the estate of TIJUANA FRAZIER and as guardian and next friend of Quanisha Holt, a minor, and PEBBLES MCCLAIN as guardian and next friend of Julian Frazier and Isaiah Frazier, minors, <br><br> Plaintiffs, <br><br> v. <br><br> CONTOUR EASTWYCK, LLC, <br><br> Defendant. | CIVIL ACTION NO. <br><br> 1:20-CV-3129-CAP |

**O R D E R**

This action is before the Court on Defendant's Motion for Reconsideration as to this Court's March 14, 2024 Order addressing the availability of punitive damages in the absence of an award of damages for the decedent's pain and suffering. Doc. No. [341].

As the Court pointed out in the prior Order punitive damages are recoverable only in connection with the Estate's survival claim (and not in relation to the wrongful death claim brought by the decedent's children). Doc. No. [337]. This Court concluded that because the Estate maintains a claim for funeral expenses in addition to pain and suffering, punitive damages may be awarded in connection with injuries suffered by the deceased, including funeral expenses.

However, Defendant has cited authority to establish that a claim for funeral expenses is an element of a wrongful death claim, not of a survival claim. See Gay v. Piggly Wiggly Southern, Inc., 183 Ga. App. 175, 181, 358 S.E.2d 468, 474 (1987).

Plaintiffs do not contest this authority. Instead, they merely argue that Defendant should have presented the authority earlier. Doc. No. [342].

Because Defendant has established that under Georgia law, a claim for funeral expenses falls within the wrongful death claim rather than the survival claim, an award for funeral expense is not sufficient to trigger Plaintiffs' entitlement to punitive damages. Therefore, the Court's March 14, 2024 Order concluding otherwise was in error. Defendant's Motion for Reconsideration is **GRANTED**.

**SO ORDERED** this 15th day of March, 2024.

/s/ Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE