# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cv-03129-CAP
## Collins-Williams et al v. Contour Eastwyck LLC
## Honorable Steve C. Jones

Minute Sheet for proceedings held In Open Court on 3/20/2024.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 3:35 P.M.
TIME IN COURT: 5:35
OFFICE LOCATION: Atlanta
COURT REPORTER: Viola Zborowski
DEPUTY CLERK: Pamela Wright

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Alexander Brown representing Mildred Collins-Williams<br>Alexander Brown representing Pebbles McClain<br>John Hawkins representing Contour Eastwyck LLC<br>Alexander Heydemann representing Contour Eastwyck LLC<br>Michael Rafi representing Mildred Collins-Williams<br>Michael Rafi representing Pebbles McClain<br>Frederick Sager representing Contour Eastwyck LLC |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | Plaintiffs' case continued. [Outside the presence of the jury: oral motion for mistrial by Defendant; motion denied by the Court.] Pebbles McClain sworn and testified. Ray Kendrick sworn and testified via Zoom. Mildred Collins-Williams sworn and testified. Plaintiffs' exhibits 1, 2, 8-10, 14-22, 24-30, 32, 35-38, 40, and 41 admitted. Dante Charles sworn and testified. Pamela Cosby sworn and testified. Plaintiffs' exhibit 43 admitted. Plaintiffs rested. Defendant rested without presenting evidence. Jury released for the day. Charge conference held. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:00 AM on 3/21/2024. |
| TRIAL STATUS: | Evidence Entered, continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |