UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MILDRED COLLINS-WILLIAMS as administrator of the estate of TIJUANA FRAZIER and as guardian and next friend of Quanisha Holt, a minor, and Pebbles McClain as guardian and next friend of Julian Frazier and Isaiah Frazier, minor,<br><br>Plaintiffs,<br><br>v.<br><br>CONTOUR EASTWYCK, LLC,<br><br>Defendant. | CIVIL ACTION NO.<br>1:20-CV-3129-CAP<br>Judge Steve C. Jones, Presiding |

## COURT'S NOTICE OF FILING

By direction of the Court, upon request of counsel for Defendant, the attached email regarding objections to deposition designations will be made part of the record in this matter.

This 21st day of March, 2024.

KEVIN P. WEIMER, CLERK
By:
_____
Pamela Wright
Courtroom Deputy Clerk for
Honorable Steve C. Jones

**Pamela Wright**

| | |
|---|---|
| From: | Hawkins, Jack <JHawkins@wwhgd.com> |
| Sent: | Wednesday, March 20, 2024 6:46 PM |
| To: | Pamela Wright; Alex Brown; Mike Rafi |
| Cc: | Heydemann, Alexander; Sager, Rick; Kacie Butcher; Greenslit, Kristin |
| Subject: | RE: Collins-Williams v Contour Eastwyck (Trial) |
| Attachments: | Nora Prekelezaj-CT.pdf; Pete Dedvukaj-CT.pdf |

CAUTION - EXTERNAL:

Hello Ms. Wright,

I am attaching the transcripts from the trial depositions of Nora Prekelezaj and Pete Dedvukaj.  These would be not be used until phase 2, if needed, and phase 3, if needed.  The parties have agreed to many designations, but have disagreements on the following:

Trial Deposition of Nora Prekelezaj:

Defendant's objections:

- 5:4-23:  Not relevant under FRE 401; Contour Eastwyck, LLC is the Defendant, not any other Contour entity
- 6:2-12: This should only be admissible in Phase 3

Trial Deposition of Pete Dedvukaj:

Defendant's objections:
3 sections where he just did not hear the question because he was on Zoom:
- 6:3-6: question and then "one more time"
- 9:12-14 – question and then "can your repeat"
- 53:16-18: Question and "I did not understand"

Defendant's other objections:
- 4:14-22: not relevant – even if relevant, more prejudicial than probative under 403
- 11:13-12:24: not relevant – relates to what other entities who are not Contour Eastwyck do – even if relevant, more prejudicial than probative under 403
- 19:17-18 and 20:6-12: This discusses insurance in violation of the MIL – that portion of the email #9 in that email needs to be redacted as well
- 24:21-26:25 – relevance under 401 and prejudicial under 403 – this is about Biscayne, another complex, and is not relevant to this case
- 31:6-13 – same – this is about Biscayne
- 49:12-15, 50:4-15, 51:21-52:18: This is the Mayes incident, which occurred after the incident in suit and which the Court has already ruled to be inadmissible on the MILs

1

Defendant provided counter-designations for this deposition to which Plaintiffs objected, but did not provide the basis for the objection.  Here are Defendant's responses to the non-specific objections:
- 8:8-25 – This was responsive to the question asked
- 23:1-12 – not sure what the objection is here
- 34: 12 – that is part of the question and line 14 should be added as it was a response (or remove lines 6-11)
- 34:23-35:2 – relevant and admissible
- 77:8-10, 14; 77:16-17 – not sure what the objection is here – it is relevant to the founding of the company, which you asked about earlier
- 78:4-22 – relevant and admissible, we did not designate the extraneous stuff that was not responsive to the question
- 81:22-83:13 – relevant and admissible
- 84:3 (beginning with "I believe you) – 6 and 84:22-85:7 and 85:10-18 – relevant and admissible
- 86:3-10, 12, 21-24 - same
- 87:5-9 - same

We can address these with the Court tomorrow.

Thank you.



John ("Jack") M. Hawkins, Attorney
**Weinberg Wheeler Hudgins Gunn & Dial**
3344 Peachtree Road NE | Suite 2400 | Atlanta, GA 30326
D: 404.832.9530 | F: 404.875.9433 | C: 404.520.1692
www.wwhgd.com  | vCard

The information contained in this message may contain privileged client confidential information. If you have received this message in error, please delete it and any copies immediately.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.