FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 21 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MILDRED COLLINS-WILLIAMS as administrator of the estate of TIJUANA FRAZIER and as guardian and next friend of QUANISHA HOLT, and PEBBLES MCCLAIN as guardian and next friend of Julian Frazier and Isaiah Frazier,<br><br>    Plaintiffs,<br><br>v.<br><br>CONTOUR EASTWYCK, LLC,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>No. 1:20-cv-03129-SCJ |

## VERDICT FORM

1. Do you find that Tijuana Frazier experienced conscious pain and suffering on April 6, 2019 prior to her death?
   __✓__ Yes.  _____ No.
   If yes, proceed to question no. 2. If no, proceed to question no. 3.

2. We, the jury, find in favor of Plaintiff Mildred Collins-Williams as Executor of the Estate of Tijuana Frazier and against Defendant Contour Eastwyck, LLC in the amount of $1,000,000 compensatory damages to the Estate of Tijuana Frazier for conscious pain and suffering, if applicable.

3. We, the jury, find in favor of Plaintiffs and against Defendant Contour Eastwyck, LLC in the amount of $858,548 in compensatory damages for the full value of the life of Tijuana Frazier.

This 21st day of March, 2024.

_____
**Foreperson**

_____
**Printed Name of Foreperson**

Rafael Williams