FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAR 22 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MILDRED COLLINS-WILLIAMS as administrator of the estate of TIJUANA FRAZIER and as guardian and next friend of Quanisha Holt, a minor, and Pebbles McClain as guardian and next friend of Julian Frazier and Isaiah Frazier, minor,<br><br>    Plaintiffs,<br><br>v.<br><br>CONTOUR EASTWYCK, LLC,<br><br>    Defendant. | CASE NO: 1:20-CV-03129-CAP |

## VERDICT FORM – PHASE III

We, the jury, award punitive damages to the Estate of Tijuana Frazier against Defendant Contour Eastwyck, LLC in the amount of __2,000,000__.

_____
Jury Foreperson

__03/22/24__
Date