UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MILDRED COLLINS-WILLIAMS as administrator of the estate of TIJUANA FRAZIER and as guardian and next friend of Quanisha Holt, a minor, and PEBBLES MCCLAIN as guardian and next friend of Julian Frazier and Isaiah Frazier, minors, Plaintiffs<br><br>vs.<br><br>CONTOUR EASTWYCK LLC, Defendant. | CIVIL ACTION FILE<br><br>NO.  1:20-cv-03129-CAP |

## J U D G M E N T

This action having come before the court, Honorable Charles A. Pannell, Jr., United States District Judge, for consideration of plaintiffs' motion for sanction and the court having granted said motion on 15th of December, 2022, it is

**Ordered and adjudged** that the court awards attorney fees to the plaintiffs and against the defendant and the intervenors, jointly and severally, in the amount of $232,740.

Dated at Atlanta, Georgia this 10th day of May, 2024.

KEVIN P. WEIMER CLERK
OF COURT

By: s/ T. Tran
Deputy Clerk

Prepared, filed, and entered in
the Clerk's Office
May 10, 2024
Kevin P. Weimer
Clerk of Court

By: s/ T. Tran
Deputy Clerk