# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MILDRED COLLINS-WILLIAMS As administrator of the estate of Tijuana Frazier and guardian and next friend of Quanisha Holt, a minor, and PEBBLES MCCLAIN as guardian and next friend of Julian Frazier and Isaiah Frazier, minors<br><br>Plaintiffs,<br><br>v.<br><br>CONTOUR EASTWYCK LLC,<br><br>Defendant. | CASE NO. 1:20-CV-3129-CAP |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Intervenors, Matthew Moffett and Chris Perniciaro, appeal to the United States Court of Appeals for the Eleventh Circuit from the Judgment entered on the docket in this action on May 10, 2024 (Doc. 364), the Order granting Plaintiffs' motion for sanctions dated December 15, 2022 (Doc. 220), the Order denying Intervenors' motion for reconsideration dated January 19, 2023 (Doc. 234), and the Order awarding fees to Plaintiffs dated May 9, 2024 (Doc. 363).

Respectfully submitted, this the 7th day of June, 2024.

1

/s/ *Lewis P. Perling*
Johannes S. Kingma
Georgia Bar No. 421650
jkingma@stites.com
Lewis P. Perling
Georgia Bar No. 572379
lperling@stites.com
Evan W. Elam
Georgia Bar No. 170583
eelam@stites.com

STITES & HARBISON PLLC                *Counsel for Intervenors*
303 Peachtree Street N.E.
Suite 2800
Atlanta, Georgia 30308
Ph: (404) 739-877
Fax: (404) 739-8870

## CERTIFICATE OF SERVICE AND COMPLIANCE

I hereby certify that I have this day electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will automatically send email notification of such filing to all counsel of record and that the foregoing complies with font and point selection approved by this Court in Local Rule 5.1(B).

This the 7th day of June, 2024.

>  */s/ Lewis P. Perling*
> Lewis P. Perling
> Georgia Bar No. 572379