# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

DOCKETING SECTION
404-215-1655

June 7, 2024

Clerk of Court
U.S. Court of Appeals for the Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia 30303

**U.S.D.C. No.:** 1:20-cv-3129-CAP
**U.S.C.A. No.:** 00-00000-00
**In re:** Mildred Collins-Williams et al v. Contour Eastwyck LLC

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the Notice of Appeal, Clerk's Judgment, Opinion & Order and Docket Sheet appealed enclosed.** |
| | This is not the first notice of appeal. Other notices were filed on: . |
| | There is no transcript. |
| **X** | **The court reporters are Viola Zborowski, Penny Coudriet, Elizabeth Cohn, Judith Wolff, Denise Stewart, Diane Peede and ZOOM.** |
| | There is sealed material as described below: . |
| | Other: Original record A/V Record Exhibits transmitted pursuant to request.   (See attached copy of request.) |
| **X** | **USCA Appeal fees HAVE been paid. (Receipt # AGANDC-13490706)** |
| | Appellant has been   leave to proceed *in forma pauperis*. |
| | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| **X** | **The District Judge is Charles A. Pannell, Jr.** |
| | This is a **DEATH PENALTY** appeal. |

Sincerely,

Kevin P. Weimer
District Court Executive
and Clerk of Court

By:  /s/P. McClam
Deputy Clerk