IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Mildred Collins-Williams as administrator of the estate of Tijuana Frazier, Ray Kendrick, Jr. as conservator of Quanisha Holt, an adult ward, and Pebbles McClain as guardian and next friend of Julian Frazier and Isaiah Frazier,**<br><br>Plaintiffs,<br><br>v.<br><br>**Contour Eastwyck LLC,**<br><br>Defendant. | Case No. 1:20-CV-03129-CAP<br><br><br><br><br><br><br><br><br><br>**Order Granting Plaintiffs' Motion for Leave to File Documents Under Seal** |

This matter having come before the Court on Plaintiffs' Motion for Leave to File Documents Under Seal in the above-captioned case, and good cause being shown, the Motion for Leave to File Documents Under Seal is hereby GRANTED.

SO ORDERED, this 28th day of August, 2024.

/s/ Charles A. Pannell, Jr.
_____
CHARLES A. PANNELL, JR.
UNITED STATES DISTRICT JUDGE