UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MILDRED COLLINS-WILLIAMS as administrator of the estate of TIJUANA FRAZIER; RAY KENDRICK, JR. as conservator of Quanisha Holt, an adult ward, and PEBBLES MCCLAIN as guardian and next friend of Julian Frazier and Isaiah Frazier, minors,

    Plaintiffs,

v.

CONTOUR EASTWYCK, LLC,

    Defendant.

CIVIL ACTION NO.

1:20-CV-3129-CAP

# O R D E R

This action is before the court on the defendant's motion to correct final judgment [Doc. No. 395] and the parties' consent motion to correct final judgment [Doc. No. 401]. As the defendant points out in its motion to correct final judgment, the court's direction to the Clerk to enter final judgment failed to apply the statutory limit of $250,000 to the jury's award of punitive damages.[1] *See* O.C.G.A. § 51-12-5.1(b). Accordingly, the motion to correct final judgment is **GRANTED.**

---

[1] In the consent motion, the plaintiffs agree with the defendant on this point [Doc. No. 401].

In the consent motion, the parties cite their stipulation that the decedent's Estate was entitled to funeral expenses in the amount of $3,610. This item of damages was omitted from the court's direction to the Clerk regarding the final judgment. Accordingly, the consent motion to correct final judgment [Doc. No. 401] is **GRANTED**.

The Clerk is **DIRECTED** to enter an amended judgment as follows:

- In favor of Plaintiff Mildred Collins-Williams, as Executor of the Estate of Tijuana Frazier, against Defendant Contour Eastwyck, LLC in the amount of $1,003,610 in compensatory damages;

- In favor of the plaintiffs against Defendant Contour Eastwyck, LLC in the amount of $858,548 in compensatory damages;

- In favor of Plaintiff Mildred Collins-Williams, as Executor of the Estate of Tijuana, against Defendant Contour Eastwyck, LLC in the amount of $250 ,000 in punitive damages.

This action shall remain closed.

**SO ORDERED** this 10th day of September, 2024.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge